**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**John R. Beardmore,**
**Kathrine A. Beardmore, and**
**Terry Hedstrom,**

**Civil No. 01-948 DWF/SRN**

**Plaintiffs,**

**v.**

**PRETRIAL SCHEDULING ORDER**

**American Summit Financial Holdings, LLC and Duckson, Carlson, Bassinger & Mitchell, LLC,**

**Defendants.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by April 15, 2002.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before August 30, 2001.

3. Disclosure of the identity of initial expert witnesses under Rule 26(a)(2)(A) shall be made on or before February 15, 2002.

4. Disclosure of the identity of expert rebuttal witnesses shall be completed on or before March 1, 2002.

5. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert

AUG 02 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

witness, shall be made on or before March 15, 2002.

6. Discovery shall be limited as follows:

   a. 25 interrogatories for Plaintiffs against Defendants;
   20 interrogatories for Defendants against Plaintiffs;
   20 interrogatories for Third-Party Plaintiffs against Third-Party Defendants; and
   25 interrogatories for Third-Party Defendants against Third-Party Plaintiffs.

   b. 25 document requests for Plaintiffs against Defendants;
   20 document requests for Defendants against Plaintiffs;
   20 document requests for Third-Party Plaintiffs against Third-Party Defendants; and
   25 document requests for Third-Party Defendants against Third-Party Plaintiffs.

   c. 7 factual depositions for Plaintiffs against Defendants;
   7 factual depositions for Defendants against Plaintiffs;
   10 factual depositions for Third-Party Plaintiffs against Third-Party Defendants; and
   7 factual depositions for Third-Party Defendants against Third-Party Plaintiffs.

   d. 25 requests for admissions for Plaintiffs against Defendants;
   20 requests for admissions for Defendants Plaintiffs;
   20 requests for admissions for Third-Party Plaintiffs against Third-Party Defendants; and
   25 requests for admissions for Third-Party Defendants against Third-Party Plaintiffs.

7. Each party shall take no more than 4 expert depositions.

**<u>Non-Dispositive Motions</u>**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by October 12, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by April 30, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by July 1, 2002, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on September 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 days.

Dated: August 2, 2001.

Susan Richard Nelson
United States Magistrate Judge