UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Richard Lefcowitz, Todd Haugan and Thomas P. Kell,

Third-Party Defendants.

Court File No.: 01-CV-948 DWF/SRN

**STIPULATION AND ORDER FOR JUDGMENT AND JUDGMENT**

**STIPULATION**

WHEREAS, based upon the Court's December 10, 2001, April 4, 2002 and July 30, 2002 Orders, the majority of claims, counterclaims and third-party claims were directly or effectively ruled upon;

WHEREAS, the Court's July 30, 2002 Order at 17-19 refers to the dismissal with prejudice of Defendant Duckson, Carlson, Bassinger & Mitchell, LLC's (Duckson) Counterclaim Count IV (injunctive relief) but was intended to refer to Duckson's Counterclaim Count VI (breach of fiduciary duty);

WHEREAS, the remaining claims, counterclaims and third-party claims that have yet to be ruled upon are as follows:

FILED AUG 1 ? 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(a) Plaintiffs' tortious interference with existing and prospective contractual relations against Defendant American Summit Financial Holdings, LLC (American Summit) (Count V);

(b) Plaintiffs' securities exchange act claim against Duckson (Count VI);

(c) Plaintiffs' breach of fiduciary duty and duty of loyalty claim against Duckson (Count VIII); and

(d) The determination of the amount owing on the Note.

WHEREAS, Plaintiffs' Counts V-VI and VIII are either moot or irrelevant in light of the Court's prior orders in this matter, and Plaintiffs and Defendants agree that they should be dismissed without prejudice;

WHEREAS, Plaintiffs and Defendants agree, without waiving their rights to appeal some or all of the Court's prior orders, that the amount owing on the Note, less the agreed upon value of Plaintiffs' Innovative Financial Systems, Inc. (IFS) stock, is $1,900,000.

IT IS, THEREFORE, AGREED THAT:

1. Duckson's Counterclaim Count VI may be dismissed with prejudice;

2. Plaintiffs' Counts V-VI and VIII may be dismissed without prejudice; and

3. Subject to their respective rights to appeal some or all of the Court's prior rulings in this matter, that the remaining amount owing on the Note, less the value of Plaintiffs' IFS stock, is $1,900,000.

DATED: August 12, 2002

**BRIGGS AND MORGAN, P.A.**

By ____________________
Timothy R. Thornton (#109630)
Jack Y. Perry (#209272)
2400 IDS Center
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PLAINTIFFS JOHN R. BEARDMORE, KATHRINE A. BEARDMORE AND TERRY HEDSTROM**

DATED: August 13, 2002

**DUCKSON, CARLSON BASSINGER & MITCHELL, LLC**

By ______________________
Scott R. Carlson (#192284)
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 317-9745

**ATTORNEYS FOR DEFENDANTS/THIRD PARTY PLAINTIFFS AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC AND DUCKSON, CARLSON, BASSINGER & MITCHELL, LLC**

**ORDER FOR JUDGMENT AND JUDGMENT**

Pursuant to the above Stipulation, IT IS ORDERED:

1. Duckson's Counterclaim Count VI is dismissed with prejudice;

1. Plaintiffs' Counts V-VI and VIII are dismissed without prejudice;

2. Plaintiffs Beardmores owe American Summit $1,900,000 on the Note; and

3. Judgment on this Order and the Court's December 10, 2001, April 4, 2002 and July 30, 2002 Orders is to be entered forthright.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 19th, 2002

BY THE COURT

______________________
The Honorable Donovan W. Frank
United States District Court Judge

1435868v4