# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John R. Beardmore, Katherine A. Beardmore
and Terry Hedstrom
v.
American Summit Financial Holdings, LLC, and
Duckson, Carlson, Bassinger & Mitchell, LLC
v
Superior Financial Holding Corporation, Richard Lefcowitz
and Thomas P. Kell

Case No. Civil 01-948 DWF/SRN
**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that 1. Duckson's Counterclaim Count VI is dismissed with prejudice; 2. Plaintiffs' Count V-VI and VIII are dismissed without prejudice; 3. Plaintiffs Beardmores owe American Summit $1,900,000 on the Note; and 4. Judgment on this Order and the Court's December 10, 2001, April 4, 2002 and July 30, 2002 Orders is to be entered forthright. 1.Plaintiff's Motion to Dismiss or Stay the Counterclaims of Defendant Duckson, Carlson, Bassinger & Mitchell, LLC is GRANTED, and as a result, Defendant Duckson, Carlson, Bassinger & Mitchell, LLC's Counterclaims I, II and III are DISMISSED WITHOUT PREJUDICE; 2. Third-Party Defendant Briggs & Morgan P.A.'s Motion to Dismiss is GRANTED, and as a result, Third-Party Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. 1. Defendant American Summit's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART consistent with the Court's Memorandum Opinion such that: a. Minn.Stat. 336.8-405 was improperly invoked to justify the issuance of replacement Certificate 42; b. American Summit did not properly exercise the Founders Option or the Duckson Carlson Option; and c. Ownership of Certificate 33 should revert to Beardmore. 1. Defendant Duckson Carlson's Motion for Preliminary Injunction is DENIED; 2. Third-Party Defendant Superior Financial Holding Corp.'s Motion for Summary Judgment is GRANTED such that: a. Counts I-V and VII of Third-Party Plaintiff Duckson Carlson's Complaint are DISMISSED WITH PREJUDICE; b. Counts I-VI of Third-Party Plaintiff American Summit's Complaint are DISMISSED WITH PREJUDICE; 3. Plaintiff's Motion to Deny or Dismiss American Summit's Improper and Untimely Securities Fraud Claim is GRANTED; 4. Plaintiff's Motion to Deny or Dismiss American Summit's Improper and Untimely "Equitable Lien" Claim is GRANTED; 5. Plaintiffs' Motion to Strike Portions of the Fourth Affidavit of Scott R. Carlson and Defendants'/Third-Party Plaintiffs' Arguments Related Thereto is DENIED; 6. Defendants American Summit Financial Holdings, LLC and Duckson Carlson's Motion for Partial Summary Judgment is DENIED; 7. Plaintiffs' Motion for Partial Summary Judgment is GRANTED IN PART and DENIED IN PART; 8. Third-Party defendants Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz's Motion for Summary Judgment is GRANTED; 9. Third-Party Defendants Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz's Motion to Dismiss Defendants' Improper Transfer Claim is DENIED; and 10. Third-Party Defendants Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz's Motion to Strike Defendants' Improper Transfer Claim is DENIED AS MOOT.**

DATE: August 19, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell, Deputy Clerk