**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom, : Court File No.: 01-CV-948 DWF/SRN

Plaintiffs, :

v. :

**SUBSTITUTION OF COUNSEL AND CONSENT**

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC :

Defendants/Third Party Plaintiffs, :

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants

To: The Clerk of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that Maslon Edelman Borman & Brand, LLP previously was substituted as counsel for American Summit Financial Holdings, LLC on June 4, 2003 in the place and stead of Scott R. Carlson and Hinshaw & Culbertson LLP related to the appeal of this case to the Court of Appeals for the Eighth Circuit (Case Nos. 02-3370 & 023371). A Notice of Substitution of Counsel on December 10, 2003 substituting Steven E. Rau and Patrick R. Martin and Flynn, Gaskins and Bennett, L.L.P. for Scott R. Carlson and Hinshaw & Culbertson LLP was previously executed on December 10, 2003 but was not filed with the Court. A copy of this Notice is attached hereto as Exhibit A.

Alain Baudry and Alison Morris and Maslon Edelman Borman & Brand, LLP, are hereby substituted as counsel for American Summit Financial Holdings, LLC, in the place and stead of Scott R. Carlson and Hinshaw & Culbertson LLP in any proceedings in this case following the remand to this Court by the Court of Appeals. Please give Alain Baudry and Alison Morris notice in all further and future proceedings provided by the rules or otherwise.

Dated: May 15, 2004.

MASLON EDELMAN BORMAN & BRAND, LLP

By_J. Alison Morris_________________________
Alain Baudry (#186685)
J. Alison Morris (#312150)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 672-8200

**CONSENT**

The undersigned consents to the foregoing substitution.

Dated: May 15, 2004.

HINSHAW & CULBERTSON

_s/Scott R. Carlson__________________________
Scott R. Carlson (#192284)
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434