# EXHIBIT A

## Copy of December 10, 2003 Notice of Substitution of Counsel

Please note that the consent of the signature of Hinshaw & Culbertson as it appears on Exhibit A to the Substitution of Counsel and Consent was placed on the document on or about May 15, 2004.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John R. Beardmore,<br>Kathrine A. Beardmore<br>and Terry Hedstrom,<br><br>Plaintiffs,<br><br>v.<br><br>American Summit Financial Holdings, LLC;<br>Duckson, Carlson, Bassinger & Mitchell, LLC,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>Superior Financial Holding Corporation; Tantalon Group, Inc.; Thomas P. Kell; Todd R. Haugan; and Richard Leftcowitz,<br><br>Third-Party Defendants. | Civil No. 01-948 (DWF/SRN)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO: Plaintiffs and their attorneys, Timothy R. Thornton and Jack Y. Perry of Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402 and Scott G. Knudson of Briggs & Morgan, W2200 1st National Bank Building, 332 Minnesota Street, St. Paul, MN 55101.

Defendant and Third-Party Plaintiffs Duckson, Carlson, Bassinger & Mitchell, LLC and their attorney, Scott R. Carlson of Hinshaw & Culbertson, 222 South 9th Street, Suite 3100, Minneapolis, MN 55402.

Third-Party Defendant Superior Financial Holding Corporation and their attorneys John Strothman, David L. Sasseville and Robert C. Friday of Lindquist & Vennum, LLP, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.

Third-Party Defendants Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Leftcowitz and their attorney Todd R. Haugan, Haugan Law Office, 641 East Lake Street, Suite 204, Wayzata, MN 55391.

You are hereby notified that American Summit Financial Holdings, L.L.C., defendant/third-party plaintiff in the above-action has substituted Steven A. Rau, Esq. and Patrick R. Martin, Esq. of Flynn, Gaskins & Bennett, L.L.P., 333 South 7th Street, Suite 2900, Minneapolis, Minnesota 55402 (612)

333-9500, in this case in place of Scott R. Carlson and Christopher D. Stall of Hinshaw & Culbertson (formerly of Duckson, Carlson, Bassinger & Mitchell, LLC), 222 South 9th Street, Suite 3100, Minneapolis, Minnesota 55402-3336 (612) 333-3434. All Court orders and documents in this action should now be served on Steven Rau and Patrick Martin at Flynn, Gaskins & Bennett, L.L.P.

HINSHAW & CULBERTSON

Dated: ________________, 2003

Scott R. Carlson, #192284
Christopher D. Stall, #306630
222 South 9th Street, Suite 3100
Minneapolis, MN 55402-3336
612/333-3434

FLYNN, GASKINS & BENNETT, L.L.P.

Dated: 10 Dec, 2003

Steven E. Rau, #147990
Patrick R. Martin, #0259445
333 South 7th Street, Suite 2900
Minneapolis, MN 55402
612/333-9500