**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Beardmore, et al. v. American Summit, et al.**

**Court File No.: 01-CV-948 (DWF/SRN)**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2004, I electronically filed:

1. Substitution of Counsel and Consent

with the Clerk of Court by using the CM/ECF System which will send a Notice of Electronic Filing to the following:

·Alain M Baudry
alain.baudry@maslon.com deb.pflug@maslon.com
·Scott R Carlson
scarlson@hinshawlaw.com
·David Lawrence Sasseville
dsasseville@lindquist.com ghildahl@lindquist.com
·John Henry Strothman
jstrothman@lindquist.com
·Timothy Robert Thornton
pvolk@briggs.com
·Christopher H Yetka
cyetka@lindquist.com bhaberman@lindquist.com

I further certify that I mailed the foregoing document(s) and the Notice of Electronic Filing by First-Class Mail to the following non-CM/ECF participants:

John R Beardmore
PO Box 365
Alexandria, MN 56308

Kathrine A Beardmore
PO Box 365
Alexandria, MN 56308

Robert C Friday
Friday Law Office
11163 70th Place N
Maple Grove, MN 55369

Todd Robert Haugan
Haugan Law Office
746 Mill St
Wayzata, MN 55391

Scott G Knudson
Briggs & Morgan
W2200 1st Natl Bk Bldg
332 Minnesota St
St Paul, MN 55101

Jack Young Perry
Briggs & Morgan
2200 IDS Ctr
80 S 8th St
Mpls, MN 55402

Matthew Alan Slaven
Briggs & Morgan
W2200 1st Natl Bk Bldg
332 Minnesota St
St Paul, MN 55101

Bryant Tchida
Briggs & Morgan
W2200 1st Natl Bk Bldg
332 Minnesota St
St Paul, MN 55101

Dated: May 25, 2004

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: s/Alain M. Baudry
Alain M. Baudry (#186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8344
Facsimile: (612)-642-8344
Attorney E-Mail: alain.baudry@maslon.com

**ATTORNEY FOR AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC**