**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No.: 01-CV-948 DWF/SRN

**MOTION FOR WITHDRAWAL OF APPEARANCE WITHOUT SUBSTITUTION**

---

Briggs and Morgan, P.A. hereby moves the Court for an Order granting permission to Briggs and Morgan, P.A. to withdraw from representing plaintiffs John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom in the above matter without substitution of counsel. Briggs and Morgan, P.A. does not request oral argument on this motion.

The motion is made pursuant to this Court's Local Rule 83.7(c) and is based on all the files, records and proceedings in this action and upon the memoranda and affidavits in support.

DATED: August 19, 2004

**BRIGGS AND MORGAN, P.A.**

By s/ Bryant D. Tchida
Scott G. Knudson (#141987)
Jack Y. Perry (#209272)
Bryant D. Tchida (#314298)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400

**ATTORNEYS FOR JOHN R. BEARDMORE, KATHRINE A. BEARDMORE AND TERRY HEDSTROM**