**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

**AFFIDAVIT OF JACK Y. PERRY IN SUPPORT OF WITHDRAWAL OF APPEARANCE WITHOUT SUBSTITUTION**

---

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Jack Y. Perry, being duly sworn, hereby states under oath as follows:

1. I am an attorney with Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, and I am one of the attorneys representing the Plaintiffs in the above matter.

2. John R. Beardmore, Kathrine A. Beardmore (collectively "Beardmore") and Terry Hedstrom retained Briggs and Morgan, P.A. to represent them in the above-captioned matter. Attached to my affidavit as Exhibit 1 is Briggs and Morgan's engagement letter with Beardmore.

This engagement letter has been redacted to the extent it contains matters not germane to this motion.

3. Beardmore's failure to pay Briggs' invoices began in June of 2001. At this point Beardmore owed Briggs approximately $13,456.78. Additional amounts accrued, and remained unpaid, through Briggs' completion of Plaintiffs' motion for summary judgment. By the time this Court entered a stipulated judgment on other issues to facilitate appeal, Beardmore owed Briggs more than $150,000 and those amounts remained unpaid.

4. Since the Eighth Circuit decided this matter, Beardmore has informed Briggs that he is unable to pay Briggs' outstanding bills and is unable to pay for continued legal representation in this matter. Beardmore appears to be judgment proof, and Briggs does not believe there is any chance of recovery from Beardmore for services rendered, which exceed $256,833.70.

5. Terry Hedstrom has for several months lacked any participation in the litigation of this matter. Hedstrom has failed to update Briggs about his whereabouts or communicate with Briggs and has failed to pay Briggs' outstanding invoices.

6. Briggs has made several attempts to inform the Plaintiffs' about this Court's request that the parties provide potential mediation dates to resolve this matter. None of the Plaintiffs has responded to Briggs' notification that the Court has requested this action.

7. None of the Plaintiffs – John Beardmore, Kathrine Beardmore or Terry Hedstrom – have objected to Briggs' intent to withdraw as counsel in this matter.

Further Your Affiant Sayeth Not.

s/ Jack Y. Perry
Jack Y. Perry

Subscribed to and sworn before me
this 19th day of August, 2004.

s/ Notary
Notary Public