# EXHIBIT 1

2400 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 334-8400
FACSIMILE (612) 334-8650

BRIGGS AND MORGAN

PROFESSIONAL ASSOCIATION

WRITER'S DIRECT DIAL
(612) 334-8497

WRITER'S E-MAIL
jperry@briggs.com

May 31, 2001

PERSONAL & CONFIDENTIAL

John R. Beardmore
Kathrine A. Beardmore
Beardmore Investments, Inc.
323 Broadway
P.O. Box 365
Alexandria, MN 56308

**Re: Retainer Agreement**

Dear John:

1. This letter will confirm that you have retained Briggs and Morgan, Professional Association ("Briggs and Morgan") to represent you individually, your wife, Kathrine A Beardmore, individually, Beardmore Investments, Inc., a North Dakota corporation in which you own one hundred percent (100%) of the issued and outstanding capital stock ("BII"), and other corporate affiliates (not including Innovative Financial Systems, Inc., a Minnesota corporation "IFS") (the "Affiliates"), as necessary in connection with various stock, investment loan and other individual and corporate transactions. The scope of our work and the services to be performed on your behalf and on behalf of your wife, BII and the Affiliates will be in accordance with this letter and our continuing discussions and correspondence.

2. Scope of Representation. You have requested Briggs and Morgan to represent you, your wife, BII and/or the Affiliates in the following matters:

a. That certain Promissory Note dated September 8, 1999, in the original principal amount of $2,500,000, issued by you and your wife (the "Beardmore Note"), to Founders Equity Group, Inc. ("Founders") which was subsequently assigned to American Summit Financial Holdings, LLC ("American Summit"), together with all issues and correlary matters related thereto.

b. The sale of 1,500,000 shares of the common stock of Superior Financial Holding Corporation ("Superior Financial"), together with all issues and correlary matters related thereto.

**REDACTED**

**EXHIBIT 1**

**REDACTED**

f. A lawsuit against American Summit and other parties for actions taken by American Summit and its counsel, Duckson, Carlson, Bassinger and Mitchell, LLC ("Duckson-Carlson") in connection with the purported purchase by American Summit of the Beardmore Note, the collateral securing the Beardmore Note and various options to purchase shares of Superior Financial issued to Founders and Duckson-Carlson, together with all issues and correlary matters and claims related thereto.

**REDACTED**

REDACTED

REDACTED

Our continued representation as contemplated herein is conditioned upon the payment of the fees and disbursements set forth above, as well as your timely payment, within 30 days of billing, of all reasonable fees and disbursements accrued after the date of this agreement. You and your wife agree that you will not object to Briggs and Morgan's withdrawal from representation of your litigation in the event that you do not comply with this condition of representation.

REDACTED

7. Legal Fees. Unless otherwise agreed in writing, the principal factor in setting fees will be our standard hourly rates for the actual time devoted to the matters set forth above. Our hourly rates will vary depending upon the experience and specialization of the lawyers performing the services.

REDACTED

our fees will be determined by the considerations stated in the Rules of Professional Conduct, including the value of the services provided.

REDACTED

**REDACTED**

12. Termination. You, your wife, BII and the Affiliates each have the right to terminate our services at any time. However, this action will not relieve either you, your wife, BII or the Affiliates of responsibility for legal fees or disbursements which have already accrued. We will have the same right and may discontinue legal services if you, your wife, BII or the Affiliates fail to pay our billing statements promptly, if you, your wife, BII or the Affiliates misrepresent or fail to disclose any material facts in the course of our representation or if anything else occurs that in our judgment impairs an effective attorney/client relationship.

**REDACTED**

We look forward to a good working relationship and will do our utmost to provide professional and efficient representation.

If these conditions are acceptable, please sign the enclosed copy and return it to me. If you have any questions, please call me directly at (612) 334-8497.

Sincerely,

Briggs and Morgan, P.A.

Jack Y. Perry

Dated: May 31, 2001

APPROVED AND ACCEPTED:

BEARDMORE INVESTMENTS, INC.

By: John R. Beardmore
John R. Beardmore
Its: President

John R. Beardmore
John R. Beardmore, individually

____________________________
Kathrine A. Beardmore, individually