**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No.: 01-CV-948 DWF/SRN

**AFFIDAVIT OF BRYANT D. TCHIDA IN SUPPORT OF WITHDRAWAL OF APPEARANCE WITHOUT SUBSTITUTION**

---

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Bryant D. Tchida, being duly sworn, hereby states under oath as follows:

1. I am an attorney with Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, and I am one of the attorneys representing the Plaintiffs in the above matter.

2. In July 2004, I placed a phone call to 320-298-0129, which is a phone number given to me by John Beardmore which Mr. Beardmore believed to be Terry Hedstrom's number. I left a voice mail message at this number informing Mr. Hedstrom that Briggs and Morgan

intends to withdraw as counsel in this matter and asking Mr. Hedstom to call me back at 612-977-8630, my direct line. I have not heard any response from Mr. Hedstrom.

3. I spoke with Kathrine Beardmore in July 2004 about Briggs' intent to withdraw as counsel in this matter. Ms. Beardmore did not object at that time to Briggs' withdrawal and has failed to communicate further with Briggs on this issue.

4. I spoke with John Beardmore in July 2004 about Briggs' intent to withdraw as counsel in this matter. Mr. Beardmore did not object at that time to Briggs' withdrawal and has failed to communicate further with Briggs on this issue.

5. I have spoken to Todd Haugan, Haugan Law office, counsel of record, and Mr. Haugan has consented to Briggs' withdrawal.

6. I have spoken to Alison Morris, Maslon Edelman Borman & Brand, LLP, counsel of record, and Ms. Morris along with Alain Baudry have consented to Briggs' withdrawal.

7. I have received a communication from David Sasseville, Lindquist & Vennum, PLLP, counsel of record, and Mr. Sasseville states that he has no objection to Briggs' withdrawal.

8. Attached to my affidavit as Exhibits are true and correct copies of the following:

Exhibit 1: *In re Daniels*, No. 04-04-00172, 2004 WL 782614 (Tex. Ct. App. 2004);

Exhibit 2: *Lieberman v. Polytop Corp.*, Nos. 00-1766, 00-1827, 2001 WL 196759 (1st Cir. Feb. 21, 2001).

Further Your Affiant Sayeth Not.

s/ Bryant D. Tchida
Bryant D. Tchida

Subscribed to and sworn before me
this 19th day of August, 2004.

s/ Notary
Notary Public