**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**Civil No. 01-CV-948 (DWF/SRN)**

I hereby certify that on August 19, 2004, I caused the following documents:

1. Notice of Motion for Withdrawal of Appearance Without Substitution;

2. Motion for Withdrawal of Appearance Without Substitution;

3. Memorandum of Law in Support of Withdrawal of Appearance Without Substitution;

4. Affidavit of Jack Y. Perry in Support of Withdrawal of Appearance Without Substitution with Exhibit 1; and

5. Affidavit of Bryant D. Tchida in Support of Withdrawal of Appearance Without Substitution with Exhibits 1 and 2

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Alain M. Baudry
alain.baudry@maslon.com deb.pflug@maslon.com

Scott R. Carlson
scarlson@hinshawlaw.com

Scott G. Knudson
sknudson@briggs.com

David Lawrence Sasseville
dsasseville@lindquist.com ghildahl@lindquist.com

John Henry Strothman
jstrothman@lindquist.com

Bryant D. Tchida
btchida@briggs.com

Timothy Robert Thornton
pvolk@briggs.com

Christopher H. Yetka
cyetka@lindquist.com bhaberman@lindquist.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

John R. Beardmore
P.O. Box 365
Alexandria, MN 56308

John R. Beardmore
Beardmore Investments
4544 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Kathrine A. Beardmore
P.O. Box 365
Alexandria, MN 56308

Terry Hedstrom
3610 Tolena Road NE
Alexandria, MN 56308

Robert C. Friday
Friday Law Office
11163 70th Place N
Maple Grove, MN 55369

Todd Robert Haugan
Haugan Law Office
746 Mill Street
Wayzata, MN 55391

I further certify that I caused a copy of the Proposed Order to be mailed by first class mail, postage paid, as noted below, to the following:

John R. Beardmore
P.O. Box 365
Alexandria, MN 56308

John R. Beardmore
Beardmore Investments
4544 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Kathrine A. Beardmore
P.O. Box 365
Alexandria, MN 56308

Terry Hedstrom
3610 Tolena Road NE
Alexandria, MN 56308

Robert C. Friday
Friday Law Office
11163 70th Place N
Maple Grove, MN 55369

Todd Robert Haugan
Haugan Law Office
746 Mill Street
Wayzata, MN 55391

Alain M. Baudry
Maslon, Edelman, Borman & Brand
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

David L. Sasseville
John Henry Strothman
Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated: August 19, 2004

By s/ Bryant D. Tchida
Bryant D. Tchida (#314298)