**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John R. Beardmore, Kathrine A. Beardmore, and Terry Hedstrom,

Civil No. 01-948 (DWF/SRN)

Plaintiffs,

v.

**ORDER**

American Summit Financial Holdings, LLC, and Duckson Carlson Bassinger & Mitchell, LLC,

Defendants and
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation,
Tantalon Group, Inc., Thomas P. Kell,
Todd R. Haugen; and Richard Leftcowitz,

Third-Party Defendants.

---

John R. Beardmore and Kathrine A. Beardmore, *Pro Se*, P.O. Box 365, Alexandria, MN 56308, Plaintiffs.

Bryant D. Tchida, Esq., Jack Y. Perry, Esq., and Timothy R. Thornton, Esq., Briggs & Morgan, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402; Scott G. Knudson, Esq., Briggs & Morgan, W2200 First National Bank Building, 332 Minnesota Street, St. Paul, MN 55101, counsel for Plaintiffs.

Scott R. Carlson, Esq., Hinshaw & Culbertson, 222 Ninth Street South, Suite 3100, Minneapolis, MN 55402, and Alain M. Baudry, Esq., Maslon Edelman Borman & Brand LLP, 90 South Seventh Street, Minneapolis, MN 55402-4140, counsel for Defendants and Third-Party Plaintiffs.

Christopher H. Yetka, Esq., David L. Sasseville, Esq., and John H. Strothman, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 and Robert C. Friday, Esq., Friday Law Office, 11163 70th Place North, Maple Grove, MN 55369, counsel for Third-Party Defendant Superior Financial Holding Corporation.

Todd R. Haugan, Esq., Haugan Law Office, 746 Mill Street, Wayzata, MN 55391, counsel for

Third-Party Defendants Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugen, and Richard Leftcowitz.

---

This matter came before the undersigned upon Briggs and Morgan, P.A.'s Motion for Withdrawal of Appearance Without Substitution.

Based upon all the files, records and proceedings herein, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that:

1. Briggs and Morgan's motion to withdraw from representation of John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom without substitution (Doc. No. 105) is **GRANTED**.

Dated: September 9, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court