**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**John R. Beardmore,**
**Kathrine A. Beardmore, and**
**Terry Hedstrom,**

**Civil No. 01-948 DWF/SRN**

**Plaintiffs,**

**v.**

**NOTICE OF TELEPHONIC**
**STATUS CONFERENCE**

**American Summit Financial**
**Holdings, LLC and Duckson,**
**Carlson, Bassinger & Mitchell, LLC,**

**Defendants/Third Party Plaintiffs,**

**v.**

**Superior Financial Holding Corporation,**
**Tantalon Group, Inc., Thomas P. Kell,**
**Todd R. Haugan and Richard Lefcowitz,**

**Third Party Defendants.**

---

A telephonic status conference will be held in the above-referenced matter on **October 27, 2004, at 2:00 p.m.,** before Magistrate Judge Susan Richard Nelson. Alain M. Baudry, Esq., counsel for American Summit Financial Holdings, LLC, will initiate this call. Pro Se plaintiffs shall contact Mr. Baudry at 612-672-8200 to advise him of phone numbers where plaintiffs can be reached for this conference.

On or before **October 25, 2004,** the parties are to prepare and deliver to chambers submissions addressing the following:

1. The need for any further discovery, in light of the Eighth Circuit's ruling.

2. A proposed briefing schedule for disposition of issues remaining before the

District Court; or

3. The parties' view on whether triable issues exist. If so, a trial date will be set.

4. The parties' view on the value of a settlement conference.

DATED: October 1, 2004

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge