**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

---

| | | |
|---|---|---|
| John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom, | : | Court File No.: 01-CV-948 DWF/SRN |
| Plaintiffs, | : | |
| v. | : | **NOTICE OF MOTION FOR LEAVE TO FILE AND SERVE AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF AMERICAN SUMMIT** |
| American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC | : | |
| Defendants/Third Party Plaintiffs, | : | |
| v. | | |
| Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz, | | |
| Third-Party Defendants | | |

TO: Third-Party Defendants and their counsel, Todd Haugan, Haugen Law Office, Ltd.**,** 746 Mill Street East, Wayzata, MN 55391.

PLEASE TAKE NOTICE that the motion of Third-Party Plaintiff American Summit Financial Holdings, LLC ("American Summit") for an order granting American Summit leave to file and serve an Amended and Supplemental Third-Party Complaint shall be heard on November 29, 2004 at 2:30 a.m., before the Honorable Susan Richard Nelson, Magistrate Judge of United States District Court, District of Minnesota, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, MN 55101. The motion is brought under Fed. R. Civ. P. 15(a) and (d).

Dated: November 10, 2004.

MASLON EDELMAN BORMAN & BRAND, LLP

By: s/ Alain Baudry
Alain M. Baudry (#186685)
J. Alison Morris (#0312150)
3300 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 672-8200
Fax: (612) 672-8397

ATTORNEYS FOR THIRD-PARTY PLAINTIFF
AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC

351531