**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

---

| | | |
|---|---|---|
| John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom, | : | Court File No.: 01-CV-948 DWF/SRN |
| Plaintiffs, | : | |
| v. | : | **AMENDED MOTION FOR LEAVE TO FILE AND SERVE AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF AMERICAN SUMMIT** |
| American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC | : | |
| Defendants/Third Party Plaintiffs, | : | |
| v. | | |
| Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz, | | |
| Third-Party Defendants | | |

Third-Party Plaintiff American Summit Financial Holdings, LLC requests leave to amend and supplement its original Third-Party Complaint filed with the Court on May 21, 2001 in the form attached hereto as Exhibit A, to renew certain claims that were dismissed by the District Court but reversed or remanded by the U.S. Eighth Circuit Court of Appeals and to add additional claims based on events that have occurred since the date of the original pleading.

The motion is brought under Fed. R. Civ. P. 15(a) and (d).

Dated: November 15, 2004.

MASLON EDELMAN BORMAN & BRAND, LLP

By: s/ J. Alison Morris

Alain M. Baudry (#186685)
J. Alison Morris (#0312150)
3300 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 672-8200

ATTORNEYS FOR THIRD-PARTY PLAINTIFF
AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC

351540v2