UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants and
Third-Party Plaintiffs,

v.

Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No. 01-CV-948 DWF/SRN

**NOTICE OF REMOVAL OF NAME FROM ECF SERVICE LIST**

PLEASE TAKE NOTICE that Christopher H. Yetka of the law firm Lindquist & Vennum P.L.L.P. hereby removes his name for the ECF Service List in this matter. David Sasseville of Lindquist & Vennum, P.L.L.P., however will remain on the Service List.

Dated: November 18, 2004

**s/Christopher H. Yetka**
Christopher H. Yetka (#241866)
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
(612) 371-2416
(612) 371-3207 (FAX)