**CERTIFICATE OF SERVICE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom v. American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC v. Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz**
**Case No: 01-CV-948 DWF/SRN**

I hereby certify that on November 18, 2004, I electronically filed the following documents:

1. Notice of Removal of Name From ECF Service List

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alain M. Baudry
Scott R. Carlson
J. Alison Morris
David Lawrence Sasseville
Matthew A. Slaven
John Henry Strothman

I further certify that I mailed a copy of the foregoing documents and the notice of electronic filing by first class mail, postage paid, to the following non-CM/ECF participants:

John R. Beardmore
Katherine A. Beardmore
Robert C. Friday
Todd Robert Haugan

DATED: November 18, 2004

s/Christopher H. Yetka
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)
cyetka@lindquist.com
**ATTORNEYS FOR THIRD PARTY DEFENDANT SUPERIOR FINANCIAL HOLDING CORPORATION**