# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

John R. Beardmore,
Katherine A. Beardmore, and
Terry Hedstrom,
Plaintiffs,

v.

American Summit Financial Holdings, LLC,
Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v

Superior Financial Holding Corporation,
Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz
Third Party Defendants.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-948 DWF/SRN |
| Date: | December 13, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 401 |
| Time Commenced: | 3:30 p.m. |
| Time Concluded: | 3:50 p.m. |
| Time in Court: | 20 Minutes |

APPEARANCES:

Defendants/Third Party Plaintiffs: Alison Morris, Alain Baudry

Third Party Defendants: Todd Haugan

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

**Def. American American Summit's Motion to File and Serve Amended and Supplemental Third-Party Complaint [Doc. 114 and 117].**

Motions taken under advisement as of: 12-13-04

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Dan Herber
Signature of Dan Herber, Law Clerk