**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Beardmore, et al. v. American Summit, et al.**

**Court File No.: 01-CV-948 (DWF/SRN)**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, I email filed:

**PROPOSED ORDER**

to the following:

Alain M Baudry (alain.baudry@maslon.com; deb.pflug@maslon.com)

Scott R Carlson (scarlson@hinshawlaw.com)

J. Alison Morris (Alison.morris@maslon.com; sheri.alman@maslon.com)

David Lawrence Sasseville (dsasseville@lindquist.com; ghildahl@lindquist.com)

Matthew A. Slaven (mslaven@briggs.com)

John Henry Strothman (jstrothman@lindquist.com)

I further certify that I mailed the foregoing document(s) and the Notice of Electronic Filing by First-Class Mail to the following non-CM/ECF participants:

John R Beardmore
PO Box 365
Alexandria, MN 56308

Kathrine A Beardmore
PO Box 365
Alexandria, MN 56308

Robert C Friday
Friday Law Office
11163 70th Place N
Maple Grove, MN 55369

Todd Robert Haugan
Haugan Law Office
746 Mill St
Wayzata, MN 55391

Dated: December 14, 2004

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: s/ J. Alison Morris________________________
Alain M. Baudry (#186685)
J. Alison Morris (#312150)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8344
Facsimile: (612) 642-8344

**ATTORNEYS FOR AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC**