UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Court File No. 01-CV-948 DWF/SRN

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants and
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

**NOTICE OF APPEARANCE**

PLEASE BE ADVISED that Christopher Yetka, Esq. will appear on behalf of Defendant Superior Financial Holding Corporation as the Attorney of Record in the above matter.

Dated: December 21, 2004

**s/Christopher H. Yetka**
Christopher H. Yetka (#241866)
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
(612) 371-2416
(612) 371-3207 (FAX)



Doc# 1965039\1