# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## CIVIL MOTION HEARING

John R. Beardmore,
Katherine A. Beardmore, and
Terry Hedstrom,
Plaintiffs,

v.

American Summit Financial Holdings, LLC,
Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party
Plaintiffs,

v

Superior Financial Holding Corporation,
Tantalon Group, Inc., Thomas P. Kell, Todd R.
Haugan and Richard Lefcowitz
Third Party Defendants.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-948 DWF/SRN |
| Date: | March 3, 2005 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 11:00 |
| Time in Court: | 1Hours & 30 Minutes |

APPEARANCES:

Plaintiff(s): Pro Se for John R. Beardmore

Defendants/Third Party Plaintiffs: Alain Baudry for American Summit Financial Holdings, LLC

Third Party Defendants: David Sasseville for Superior Financial Holding Corporation

Todd Haugan for Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

**Settlement Conference held. Messrs. Kell and Lefcowitz failed to attend or notify the Court of their inability to attend the settlement conference in violation of this Court's Order. Third Party defendants are to pay American Summit their reasonable fees and costs incurred in attending the March 3, 2005 settlement conference.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Susan Richard Nelson
Susan Richard Neson

U.S. Magistrate Judge