UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants and
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No. 01-CV-948 DWF/SRN

**STIPULATION FOR ENTRY OF AN ORDER GRANTING EXTENSION FOR LATE SERVICE OF ANSWERS OF THIRD-PARTY DEFENDANTS TO AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF AMERICAN SUMMIT**

For good cause shown, Third-Party Plaintiff American Summit Financial Holdings and Third-Party Defendants stipulate to entry of an Order granting the Third-Party Defendants leave to serve their Answers to the Amended and Supplemental Third-Party Complaint by close of business on Thursday, May 5, 2005.

Dated: May 3, 2005_____

Lindquist & Vennum, P.L.L.P.

/s/David L. Sasseville_________________

David L. Sasseville (#156000)
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
612-371-2416
612-371-3207 (FAX)

**Attorneys for Third-Party Defendant Superior Financial Holding Corporation**

Dated: May 3, 2005_____

**MASON EDELMAN BORMAN & BRAND LLP**

/s/J. Alison Morris____________________

Alain M. Baudry (#186685)
J. Alison Morris (#0312150)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN %5402
612-672-8200
612-672-8397 (FAX)

**Attorneys for Defendants/Third Party Plaintiffs American Summit Financial Holdings, LLC**

Dated: May 3, 2005_____

**HAUGAN LAW OFFICE, LTD.**

/s/Todd R. Haugan____________________
Todd R. Haugan (#124333)
746 Mill Street
Wayzata, MN 55391
952-476-0938
952-476-0932 (FAX)

**Attorneys for Defendants Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz**



Doc# 2013030\1