**CERTIFICATE OF SERVICE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom v. American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger &Mitchell, LLC v. Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz**
**Case No.: 01-CV-948 DWF/SRN**

I hereby certify that on May 4, 2005, I electronically filed the following document:

Joint Answer of Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz to Amended and Supplemental Third-Party Complaint of American Summit

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alain M. Baudry

Scott R. Carlson

J. Alison Morris

David Lawrence Sasseville

Matthew A. Slaven

John Henry Strothman

Christopher Yetka

I further certify that I mailed a copy of the foregoing documents and the notice of electronic filing by first class mail, postage paid, to the following non-CM/ECF participants;

John R. Beardmore

Katherine A. Beardmore

Robert C. Friday

DATED: May 4, 2005

s/Todd R. Haugan
Haugan Law Offices, Ltd.
746 Mill Street
Wayzata, MN 55391
Telephone: 952-476-0938
Facsimile: 952-476-0938

**ATTORNEYS FOR THIRD PARTY DEFENDANTS THOMAS P. KELL, TODD R. HAUGAN, AND RICHARD LEFCOWITZ**