**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

**Court File No. 01-CV-948 DWF/SRN**

**John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,**

**v.**

**American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,**

**Defendants and Third-Party Plaintiffs,**

**v.**

**Superior Financial Holding Corporation, Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,**

**Third-Party Defendants.**

**ORDER GRANTING EXTENSION FOR LATE SERVICE OF ANSWERS OF THIRD-PARTY DEFENDANTS TO AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF AMERICAN SUMMIT**

---

Pursuant to the Stipulation of Third-Party Plaintiff American Summit Financial Holdings, LLC and Third-Party Defendants,

**IT IS HEREBY ORDERED THAT**:

1. Third-Party Defendants have leave to serve their Answers to the Amended and Supplemental Third-Party Complaint by close of business on Thursday, May 5, 2005.

Dated: May 3, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge