UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John R. Beardmore, Kathrine A. Beardmore, and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchess, LLC,

Defendants/Third-Party Plaintiffs,

v.

Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Case No.: 01-CV-948 (DWF/SRN)

**OBJECTION OF THE LAKE BANK N.A. TO SUBPOENA IN A CIVIL CASE**

The Lake Bank N.A., by and through its duly authorized and undersigned attorneys, hereby submits its Objection to Subpoena in a Civil Case ("Subpoena") in the above captioned matter dated June 22, 2005, received on June 28, 2005. This objection is based on Federal Rules of Civil Procedure, 45(c).

## GENERAL OBJECTIONS

The Lake Bank N.A. objects to the Subpoena in its entirety for the following reasons:

- The Subpoena violates Federal Rules of Civil Procedure, 45(c)(1), because the party responsible for issuance of the Subpoena has not taken reasonable steps to avoid imposing an undue burden or expense on The Lake Bank N.A.



SCANNED
U.S. DISTRICT COURT DULUTH

- The Lake Bank N.A. objects to the Subpoena to the extent that it seeks reports of examination or other documents or information that are confidential pursuant to federal law or federal regulation.
- The Lake Bank N.A. objects to the Subpoena to the extent that it seeks documents or communications subject to the attorney-client privilege.
- The Lake Bank N.A. objects to the Subpoena to the extent that it seeks information or documents that violate statutory or common law privacy requirements between The Lake Bank N.A. and any other person or entity.
- The Lake Bank N.A. objects to the Subpoena to the extent that it violates any other applicable privilege.
- The Lake Bank N.A. objects to the Subpoena requiring production of the documents described therein on July 8, 2005, which constitutes a failure to allow reasonable time for compliance, and which constitutes an undue burden.
- The Lake Bank N.A. objects to the Subpoena because it will impose a significant expense on The Lake Bank N.A., and the Subpoena does not provide for recovery of expenses or any compensation.
- The Lake Bank N.A. objects to the Subpoena to the extent that the party responsible for issuance of the Subpoena is presently in possession of the documents described in the Subpoena.
- The Lake Bank N.A. objects to the Subpoena to the extent that it requires travel to a place more than 100 miles from the location of The Lake Bank N.A. in Two Harbors, Minnesota.

- The Lake Bank N.A. objects to the Subpoena to the extent that it requires disclosure of trade secrets, confidential information, or commercial information.
- The Lake Bank N.A. objects to the Subpoena to the extent that it requires production of documents no longer in the possession of The Lake Bank N.A., or which may not be located as a result of recent changes to ownership and management and turnover of employees of The Lake Bank N.A.
- The Lake Bank N.A. objects to the scope of the Subpoena, which imposes an undue burden on The Lake Bank N.A.

Dated: June 30, 2005.

FRYBERGER, BUCHANAN, SMITH
& FREDERICK, P.A.

Shawn M. Dunlevy, 123626
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
(218) 722-0861
*Attorneys for The Lake Bank N.A.*

M:\docs\MR.N1\000122\PLD\HJ3093.WPD