UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Beardmore, Kathrine A. Beardmore, and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchess, LLC,

Defendants/Third-Party Plaintiffs,

v.

Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Case No.: 01-CV-948 (DWF/SRN)

**AFFIDAVIT OF MAILING**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF ST. LOUIS )

I, DANNETTE PLATO, hereby certify that on June 30, 2005, I served the attached **Objection of The Lake Bank N.A. to Subpoena in a Civil Case,** by mailing a true and correct copy thereof to:

Ms. J. Alison Morris
Maslon, Edelman, Borman & Brand, LLP
Attorneys at Law
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4140

by depositing the same with the United States Postal Service with postage prepaid.

Dannette Plato
Dannette Plato

Subscribed and sworn to before me this 30th day of June, 2005.

Notary Public

SHAWN M DUNLEVY
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

SCANNED
U.S. DISTRICT COURT DULUTH