LAW OFFICES

FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.

HAROLD A. FREDERICK
DEXTER LARSEN*
JAMES H. STEWART*◇
ROBERT E. TOFTEY*
MICHAEL K. DONOVAN
NEAL J. HESSEN*
JOSEPH J. MIHALEK*
SHAWN M. DUNLEVY*
DAVID R. OBERSTAR*◇
MICHAEL COWLES*
MARTHA M. MARKUSEN*
STEPHANIE A. BALL*
PAUL B. KILGORE*
MARY FRANCES SKALA*
DANIEL D. MADDY‡
PAUL A. LORAAS*
DONALD C. ERICKSON*
BRIAN P. LUNDGREN
KIMBERLY J. MAKI
ANGEL M. LATTERELL
MELISSA B. MALONEY

SUITE 700
302 WEST SUPERIOR STREET
DULUTH, MINNESOTA 55802-1863
TELEPHONE (218) 722-0861
FAX [218] 725=6800
www.fryberger.com

R. BRUCE BUCHANAN, RETIRED
NICK SMITH, COUNSEL

H.B. FRYBERGER, JR. (1906-1997)
LOREN W. SANFORD (1931-1978)
AMASA E. WHEELER (1889-1970)
H.B. FRYBERGER, SR. (1865-1937)

*ALSO LICENSED IN WISCONSIN
‡ALSO LICENSED IN ARIZONA
◇ALSO LICENSED IN MICHIGAN

ST. PAUL OFFICE
The First National Bank Building
332 Minnesota St, Suite West 1260
ST. PAUL, MINNESOTA 55101
(651)221-1044
FAX [651]221=1035

KEVIN T. WALLI
MICHAEL J. MAHONEY

SUPERIOR OFFICE
1419 TOWER AVENUE
SUITE 102
SUPERIOR, WISCONSIN 54880
(715)392-7405
FAX [715]392=7407

IRON MOUNTAIN OFFICE
500 SOUTH STEPHENSON AVENUE
SUITE 301
IRON MOUNTAIN, MICHIGAN 49801
(906) 776-4000
FAX [218] 725=6800

July 1, 2005

Writer's Direct Dial Number (218) 725-6841
E-Mail Address: sdunlevy@fryberger.com

Clerk of U.S. District Court
Civil Division
Federal Building, Room 417
515 West First Street
Duluth, MN 55802-1397

RE: **John R. Beardmore, et al. v. American Summit Financial Holdings, LLC, et al. v. Thomas P. Kell, et al.**
**Case No.: 01-CV-948 (DWF/SRN)**

Dear Clerk:

Enclosed for filing are originals of the following:

- Objection of The Lake Bank N.A. to Subpoena in a Civil Case
- Affidavit of Mailing

Thank you for your assistance.

Yours truly,

Shawn M. Dunlevy

dp
Enclosure