**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John R. Beardmore,
Kathrine A. Beardmore, and
Terry Hedstrom,

Civil No. 01-948 DWF/SRN

Plaintiffs,

v.

American Summit Financial
Holdings, LLC and Duckson,
Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation,
Tantalon Group, Inc., Thomas P. Kell,
Todd R. Haugan and Richard Lefcowitz,

Third Party Defendants.

**SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Anthony Ostlund & Baer, P.A. is substituted for the Haugan Law Office, Ltd., as counsel for third party defendant Todd R. Haugan in the above-captioned matter. All future correspondence, pleadings and notices should be directed to Joseph W. Anthony and Shawn C.E. Rauckman at the address listed below.

Dated: January 26, 2006

ANTHONY OSTLUND & BAER, P.A.

By: *s/ Joseph W. Anthony*
Joseph W. Anthony (#2872)
Shawn C.E. Rauckman (#341824)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

Dated: January 26, 2006

HAUGAN LAW OFFICE, LTD

By: *s/ Todd R. Haugan*
Todd R. Haugan (#155998)
746 Mill Street
Minneapolis, MN 553319
(952) 476-0938