**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John R. Beardmore,
Kathrine A. Beardmore, and
Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial
Holdings, LLC and Duckson,
Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation,
Tantalon Group, Inc., Thomas P. Kell,
Todd R. Haugan and Richard Lefcowitz,

Third Party Defendants.

---

Civil No. 01-948 DWF/SRN

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2006, I caused the following document:

**Substitution of Counsel**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- **Alain M Baudry**
  alain.baudry@maslon.com deb.pflug@maslon.com
- **Scott R Carlson**
  scarlson@hinshawlaw.com cconnelly@hinshawlaw.com
- **Todd R Haugan**
  trhaugan@aol.com
- **J Alison Morris**
  alison.morris@maslon.com sheri.alman@maslon.com
- **David L Sasseville**
  dsasseville@lindquist.com ghildahl@lindquist.com
- **Matthew A Slaven**
  mslaven@briggs.com

- **John H Strothman**
  jstrothman@lindquist.com
- **Christopher H Yetka**
  cyetka@lindquist.com bhaberman@lindquist.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**John R Beardmore**
PO Box 365
Alexandria, MN 56308

**Kathrine A Beardmore**
PO Box 365
Alexandria, MN 56308

**Shawn Michael Dunlevy**
Fryberger Buchanan Smith & Frederick, PA
302 W Superior St Ste 700
Duluth, MN 55802-1863

**Robert C Friday**
Misc. 05-1 - Suspended
INACTIVE

ANTHONY OSTLUND & BAER, P.A.

Dated: January 26, 2005

By: *s/ Joseph W. Anthony*
Joseph W. Anthony (#2872)
Shawn C.E. Rauckman (#341824)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR THIRD PARTY DEFENDANT TODD R. HAUGAN