UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants and Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No. 01-CV-948 DWF/SRN

**NOTICE OF REMOVAL OF NAME FROM ECF SERVICE LIST**

PLEASE TAKE NOTICE that Robert C. Friday is no longer affiliated with Lindquist & Vennum P.L.L.P. and should be removed from the ECF Service List in this matter. David Sasseville of Lindquist & Vennum P.L.L.P., however will remain on the Service List.

Dated: March 21, 2006

**s/David L. Sasseville**
David L. Sasseville (#156000)
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
(612) 371-2416
(612) 371-3207 (FAX)