UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Court File No. 01-CV-948 DWF/SRN

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants and
Third-Party Plaintiffs,

**CERTIFICATE OF SERVICE**

v.

Superior Financial Holding Corporation, Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

I hereby certify that on March 21, 2006, I electronically filed the following documents:

Notice of Removal of Name from ECF Service List

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alain M. Baudry

J. Alison Morris

Matthew A. Slaven

Todd R. Haugan

Scott R. Carlson

David Lawrence Sasseville

John Henry Strothman

I further certify that I mailed a copy of the foregoing documents and the notice of electronic filing by first class mail, postage paid, to the following non-CM/ECF participants:

John R. Beardmore

Katherine A. Beardmore

Shawn Michael Dunlevy

DATED: March 21, 2006

s/David L. Sasseville
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

**ATTORNEYS FOR THIRD PARTY DEFENDANT SUPERIOR FINANCIAL HOLDING CORPORATION**