# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

John R. Beardmore,
Katherine A. Beardmore, and
Terry Hedstrom,
Plaintiffs,

v.

American Summit Financial Holdings, LLC,
Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party
Plaintiffs,

v

Superior Financial Holding Corporation,
Tantalon Group, Inc., Thomas P. Kell, Todd R.
Haugan and Richard Lefcowitz
Third Party Defendants.

## COURT MINUTES

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-948 DWF/SRN |
| Date: | May 4, 2006 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 2:30 p.m. |
| Time in Court: | 5 Hours |

## APPEARANCES:

Plaintiff(s): Pro Se for John R. Beardmore
Pro Se for Katherine A. Beardmore
Pro Se for Terry Headstrom

Defendants/Third Party Plaintiffs: John Parritz for American Summit Financial Holdings, LLC

Third Party Defendants: David Sasseville for Superior Financial Holding Corporation
Todd Haugan, Joseph Anthony for Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

**Settlement Conference held. Case did not settle.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Beverly Riches
Signature of Judicial Assistant