UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

| | |
|---|---|
| John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,<br><br>Plaintiffs,<br><br>v.<br><br>American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,<br><br>Defendants/Third Party Plaintiffs,<br><br>v.<br><br>Thomas P. Kelly, Todd R. Haugan and Richard Lefcowitz,<br><br>Third Party Defendants. | Court File No. 0:01-cv-00948-PJS-JJG<br><br>**SUBSTITUTION OF COUNSEL** |

---

TO: Clerk of the above-named Court and Counsel of record.

Richard Lefcowitz, one of the Third Party Defendants in the above-entitled matter, hereby dismisses Todd R. Haugan as his Third Party Defendant counsel of record in the above-entitled matter, and replaces him with Thomas O. Mulligan, P.O. Box 457, 902 River Street, Spooner, Wisconsin 54801, and Kenneth D. Butler of Kenneth D. Butler, Ltd., 11 East Superior Street, Suite 555, Duluth, Minnesota 55802.

Dated: June 21, 2006.

KENNETH D. BUTLER, LTD.

By s/Kenneth D. Butler

Kenneth D. Butler, #13791
11 East Superior Street, #555
Duluth, Minnesota 55802
Telephone: (218) 625-2264

THOMAS O. MULLIGAN

By s/Thomas O. Mulligan

Thomas O. Mulligan
902 River Street, P.O. Box 457
Spooner, Wisconsin 54801
Telephone: (715) 635-8004

CONSENT TO SUBSTITUTION

I do hereby consent to the above substitution of attorney on behalf of Third Party Defendant Richard Lefcowitz.

Dated: June 19, 2006.

HAUGAN LAW OFFICE

By s/Todd R. Haugan

Todd R. Haugan, #155998
746 Mill Street East
Wayzata, Minnesota 55391
Telephone: (952) 476-0938