UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Court File No. 0:01-cv-00948-PFS-JJG

Plaintiffs,

v.

**CERTIFICATE OF SERVICE**

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

vs.

Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

---

I hereby certify that on June 26, 2006, I electronically filed the following documents:

Motion for Admission Pro Hac Vice
Substitution of Counsel
Notice of Motion and Motion
Memorandum of Law

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Joseph W. Anthony | Alain M. Baudry |
| Scott R. Carlson | Shawn M. Dunlevy |
| J. Alison Morris | Shawn C. E. Rauckman |
| David Lawrence Sasseville | Matthew A. Slaven |
| John Henry Strothman | Christopher H. Yetka |

I further certify that I mailed a copy of the foregoing documents and the notice of electronic filing

by first class mail, postage paid, to the following non-CM/ECF participants:

John R. Beardmore
Terry Hedstrom

Katherine A. Beardmore
Jonathan S. Parritz

Dated: June 26, 2006.

RESPECTFULLY SUBMITTED,

KENNETH D. BUTLER, LTD.

By s/Kenneth D. Butler

Kenneth D. Butler, #13791
11 East Superior Street, #555
Duluth, Minnesota 55802
Telephone: (218) 625-2264

THOMAS O. MULLIGAN

By s/Thomas O. Mulligan

Thomas O. Mulligan, #1013152
902 River Street, P.O. Box 457
Spooner, Wisconsin 54801

ATTORNEYS FOR THIRD-PARTY
DEFENDANT RICHARD LEFCOWITZ