UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Plaintiffs,

Court File No.: 01-CV-0948-PJS-JJG

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC.,

Defendants/Third Party Plaintiffs,

**MOTION TO AMEND ANSWER**

v.

Superior Financial Holding Corporation, Briggs and Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third Party Defendants.

---

TO: Clerk of Court and Counsel of Record

Third party defendants Todd R. Haugan ("Haugan") and Thomas P. Kell ("Kell") hereby move the Court for an order granting them leave to amend their Answer to the Amended and Supplemental Third Party Complaint of American Summit Financial Holdings, LLC to assert counterclaims against John R. Beardmore in the above-referenced action. This motion is based upon the pleadings and supporting papers to be

served and filed in accordance with the Federal Rules of Civil Procedure, the Local Rules for the District Court, and the pleadings filed herein.

**ANTHONY OSTLUND & BAER, P.A.**

Dated: June 29, 2006

By: s/ *Shawn C.E. Rauckman*
Joseph W. Anthony (#2872)
Shawn C.E. Rauckman (#341824)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR THIRD PARTY DEFENDANTS TODD R. HAUGAN AND THOMAS P. KELL**