UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Court File No.: 01-CV-0948-PJS-JJG

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC.,

**NOTICE OF MOTION TO AMEND ANSWER**

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs and Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third Party Defendants.

---

TO: Clerk of Court and Counsel of Record

PLEASE TAKE NOTICE that on August 2, 2006 at 3:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Jeanne J. Graham, at the United States District Courthouse, Courtroom 4, 180 East Fifth Street, St. Paul, Minnesota 55155, third party defendants Todd R. Haugan and Thomas P. Kell will move for an Order of the Court granting their joint motion to amend their Answer to the Amended and

Supplemental Third Party Complaint of American Summit Financial Holdings, LLC to assert counterclaims against John R. Beardmore. This motion is based upon all the files, records and proceedings herein, including the memoranda of law, affidavits, and exhibits to be filed and served in accordance with the Federal Rules of Civil Procedure, the Local Rules for the District Court and the pleadings filed herein, and such further evidence or argument as may be required or permitted by the Court.

**ANTHONY OSTLUND & BAER, P.A.**

Dated: June 29, 2006

By: s/ *Shawn C.E. Rauckman*

Joseph W. Anthony (#2872)
Shawn C.E. Rauckman (#341824)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR THIRD PARTY DEFENDANTS TODD R. HAUGAN AND THOMAS P. KELL**