**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,<br><br>Plaintiffs,<br><br>v.<br><br>American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,<br><br>Third Party Defendants. | Court File No.: 01-CV-948 (PFS/JJG)<br><br>**AMERICAN SUMMIT'S MOTION FOR LEAVE TO FILE SECOND AMENDED THIRD PARTY COMPLAINT** |

Defendant/Third Party Plaintiff American Summit Financial Holdings, LLC hereby moves this Court for an order permitting it to file a Second Amended Third Party Complaint as attached as Exhibit A to the Affidavit of André J. LaMere.

A more particularized statement of the basis for this Motion will be set forth in American Summit's Memorandum in Support of its Motion for Leave to File Second Amended Third Party Complaint. This motion is also based on the files, records and pleadings filed with this Court, and the arguments of counsel to be presented at the hearing on this motion on August 2, 2006.

Dated: June 30, 2006

**MASLON EDELMAN BORMAN & BRAND LLP**

By: s/André J. LaMere
Jonathan S. Parritz (#177581)
André J. LaMere (#321205)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Fax: (612) 672-8397

**ATTORNEYS FOR AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC**

468940v1