**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,<br><br>Plaintiffs,<br><br>v.<br><br>American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,<br><br>Third Party Defendants. | Court File No.: 01-CV-948 (PFS/JJG)<br><br>**AMERICAN SUMMIT'S NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED THIRD PARTY COMPLAINT** |

PLEASE TAKE NOTICE THAT on August 2, 2006, at 3:00 p.m., or as soon thereafter as may be heard, before the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota, in Courtroom 4 of the temporary United States Courthouse, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota, a hearing will take place on American Summit's Motion for Leave to File Second Amended Third Party Complaint.

The motion will be based upon the Defendant/Third Party Plaintiff's Memorandum in support of its motion and supporting evidence.

Dated: June 30, 2006

**MASLON EDELMAN BORMAN & BRAND LLP**

By: s/André J. LaMere

Jonathan S. Parritz (#177581)
André J. LaMere (#321205)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Fax: (612) 672-8397

**ATTORNEYS FOR AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC**

468935v1