**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,<br><br>Plaintiffs,<br><br>v.<br><br>American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,<br><br>Third Party Defendants. | Court File No.: 01-CV-948 (PFS/JJG)<br><br>**AFFIDAVIT OF ANDRÉ J. LAMERE** |

André J. LaMere, being duly sworn under oath, states and alleges as follows:

1. I am an attorney with the law firm of Maslon Edelman Borman & Brand, LLP, counsel for American Summit Financial Holdings, LLC in the above-entitled matter.

2. Attached hereto as Exhibit A is a true and correct of the Second Amended Third Party Complaint of American Summit.

**FURTHER AFFIANT SAYETH NOT.**

s/André J. LaMere
André J. LaMere

Subscribed and sworn to before me
this 30th day of June, 2006.

s/Terri Bednarczyk
Notary Public

469138v1