**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JOHN R. BEARDMORE ET AL.**
**V.**
**AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC, ET AL.**

**Court File No.: 01-CV-948 (PFS/JJG)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, I caused the following documents:

1. American Summit's Notice of Motion for Leave to file Second Amended Third Party Complaint;

2. American Summit's Motion for Leave to File Second Amended Third Party Complaint;

3. American Summit's Memorandum in Support of Its Motion for Leave to File Second Amended Third Party Complaint; and

4. Affidavit of André J. LaMere

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Joseph W Anthony janthony@aoblaw.com lwilhelm@aoblaw.com;lmcnamara@aoblaw.com

Alain M Baudry alain.baudry@maslon.com deb.pflug@maslon.com

Kenneth D Butler kbutler@kenbutlerlaw.com

Scott R Carlson scarlson@hinshawlaw.com cconnelly@hinshawlaw.com

Shawn M Dunlevy sdunlevy@fryberger.com

Todd R Haugan trhaugan@aol.com

J Alison Morris alison.morris@maslon.com sheri.alman@maslon.com

Shawn C E Rauckman srauckman@aoblaw.com stower@aoblaw.com; lmcnamara@aoblaw.com

David L Sasseville dsasseville@lindquist.com ghildahl@lindquist.com

Matthew A Slaven mslaven@briggs.com

John H Strothman jstrothman@lindquist.com

Christopher H Yetka cyetka@lindquist.com bhaberman@lindquist.com

I further certify that I mailed the foregoing document(s) and the Notice of Electronic Filing by First-Class Mail to the following non-CM/ECF participants:

John R Beardmore and Kathrine A. Beardmore
PO Box 365
Alexandria, MN 56308

Thomas O. Mulligan
902 River Street, P.O. Box 457
Spooner, WI 54801

I further certify that I caused the proposed Order to be filed with the court via e-mail to the following judge who is hearing the motion:

Magistrate Judge Jeanne J. Graham graham_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed Order to be emailed and mailed via U.S. Mail to those parties listed above.

Dated: June 30, 2006

**MASLON EDELMAN BORMAN & BRAND LLP**

By: s/André J. LaMere
Jonathan S. Parritz (#177581)
André J. LaMere (#321205)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Fax: (612) 672-8397

**ATTORNEYS FOR AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC**

469385v1