UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC.,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs and Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third Party Defendants.

Court File No.: 01-CV-0948-PJS-JJG

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

---

The undersigned certifies that Third Party Defendants Thomas P. Kell's and Todd R. Haugan's Memorandum of Law in Support of Motion to Amend Answer complies with Local Rule 7.1(c) and contains 1,040 words. The Microsoft Word 2003 word processing program was used in preparation of this brief and has been applied specifically to include all text, including headings, footnotes, and quotations.

**ANTHONY OSTLUND & BAER, P.A.**

Dated: July 13, 2006

By: /s/ Shawn C.E. Rauckman
Joseph W. Anthony (#2872)
Shawn C.E. Rauckman (#341824)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR THIRD PARTY DEFENDANTS TODD R. HAUGAN AND THOMAS P. KELL**