UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC.,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs and Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third Party Defendants.

Court File No.: 01-CV-0948-PJS-JJG

**AFFIDAVIT OF SHAWN C.E. RAUCKMAN**

---

SHAWN C.E. RAUCKMAN, being first duly sworn upon oath, hereby states as follows:

1. I am an associate with the law firm of Anthony Ostlund & Baer, P.A., counsel for Third Party Defendants Thomas P. Kell ("Kell") and Todd R. Haugan ("Haugan").

2. I submit this affidavit in support of Kell's and Haugan's motion to amend their Answer to the Amended and Supplemental Third Party Complaint of American Summit Financial Holdings, LLC.

3. Attached hereto as Exhibit A is a true and correct copy of Kell's and Haugan's proposed Amended Answer and Counterclaim.

FURTHER YOUR AFFIANT SAYETH NOT.

/s/ Shawn C.E. Rauckman
Shawn C.E. Rauckman

Subscribed and sworn to before
me this 13th day of July, 2006.

s/ Deanna J. Stower
Notary Public