# UNITED STATES DISTRICT COURT
## District of Minnesota

## AMENDED MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:01-cv-00948-PJS-JJG **Case Title:** Beardmore, et al. v. American Summit, et al.

### Affidavit of Movant

I, Kenneth D. Butler, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Thomas O. Mulligan, an attorney admitted to practice and currently in good standing in the U.S. District Court for the State of Wisconsin, but not admitted to the bar of this court, who will be counsel for the □ plaintiff **XX** Third Party Defendant Richard Lefcowitz the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:
**XX** 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
□ 2. I am not a resident of the State of Minnesota.
□ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature : s/Kenneth D. Butler #13791 June 15, 2006
Typed Name: Kenneth D. Butler MN Attorney License # Date

### Affidavit of Resident Minnesota Bar Member (Required **ONLY if movant checks box 2 or 3 above**.)

I, ____________________________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature :______________________________ ______________________ ___________
Typed Name: ___________________________ MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Thomas O. Mulligan, am currently a member in good standing of the U.S. District Court for the State of Wisconsin, Western Division, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Thomas O. Mulligan s/Thomas O. Mulligan June 15, 2006
Type/Print Name (must match name above) Signature Date

Attorney License Number: 1013152 issued by the State of WI (initials)
Law Firm Name: Mulligan Law Offices Main Phone: (715) 635-8004
Law Firm Address: P.O. Box 457, 902 River Street Direct Phone: (____) __________________
Spooner, Wisconsin 54801 E-mail Address: mulliganlaw@charterinternet.com