UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

vs.

Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No. 0:01-cv-00948-PFS-JJG

**THIRD-PARTY DEFENDANT RICHARD LEFCOWITZ'S CONSENT TO MOTION TO AMEND ANSWER OF THIRD-PARTY DEFENDANTS THOMAS P. KELL AND TODD R. HAUGAN.**

---

Third-Party Defendant Richard Lefcowitz hereby consents to the Motion to Amend Answer of Thomas P. Kell and Todd R. Haugan.

Dated: July _____, 2006.

RESPECTFULLY SUBMITTED,

KENNETH D. BUTLER, LTD.

By s/Kenneth D. Butler

Kenneth D. Butler, #13791
11 East Superior Street, #555
Duluth, Minnesota 55802
Telephone: (218) 625-2264

THOMAS O. MULLIGAN

By s/Thomas O. Mulligan

Thomas O. Mulligan, #1013152
902 River Street, P.O. Box 457
Spooner, Wisconsin 54801

ATTORNEYS FOR THIRD-PARTY
DEFENDANT RICHARD LEFCOWITZ