UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

**SUBSTITUTION OF COUNSEL**

TO: THE CLERK OF THE ABOVE-NAMED COURT and
ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE, that Roger L. Kramer and Roger H. Gross, Gislason & Hunter LLP, are now substituted in place of Jonathan Parritz of the Maslon Edelman Law Office, LLP, as counsel for Defendants/Third-Party Plaintiff American Summit Financial Holdings, LLC.

Dated: July 20, 2006

Roger L. Kramer #202927
GISLASON & HUNTER LLP
Attorneys for Defendant/Third-Party Plaintiff
American Summit Financial Holdings, LLC
9900 Bren Road East, Suite 215E
P. O. Box 5297
Minnetonka, MN 55343-2297
Phone: 952-933-9900

Dated: July 20, 2006

Roger H. Gross #158823
GISLASON & HUNTER LLP
Attorneys for Defendant/Third-Party Plaintiff
American Summit Financial Holdings, LLC
9900 Bren Road East, Suite 215E
P. O. Box 5297
Minnetonka, MN 55343-2297
Phone: 952-933-9900

**CONSENT TO SUBSTITUTION OF COUNSEL**

Maslon Edelman LLP hereby consents to a substitution of Gislason & Hunter LLP as attorneys for Defendant/Third-Party Plaintiff American Summit Financial Holdings, LLC.

Dated: July 31, 2006

Jonathan S. Parritz #177581

MPLIB:269896.1