**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JOHN R. BEARDMORE ET AL.**
**V.**
**AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC, ET AL.**

**Court File No.: 01-CV-948 (PFS/JJG)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2006, I caused the following document:

**SUBSTITUTION OF COUNSEL**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Joseph W Anthony**
  janthony@aoblaw.com lwilhelm@aoblaw.com;lmcnamara@aoblaw.com
- **Alain M Baudry**
  alain.baudry@maslon.com deb.pflug@maslon.com
- **Kenneth D Butler**
  kbutler@kenbutlerlaw.com
- **Scott R Carlson**
  scarlson@hinshawlaw.com cconnelly@hinshawlaw.com
- **Shawn M Dunlevy**
  sdunlevy@fryberger.com
- **Todd R Haugan**
  trhaugan@aol.com
- **Andre J LaMere**
  andre.lamere@maslon.com kathy.burns@maslon.com
- **J Alison Morris**
  alison.morris@maslon.com sheri.alman@maslon.com
- **Thomas O Mulligan**
  mulliganlaw@charterinternet.com
- **Shawn C E Rauckman**
  srauckman@aoblaw.com dstower@aoblaw.com;lmcnamara@aoblaw.com
- **David L Sasseville**
  dsasseville@lindquist.com ghildahl@lindquist.com
- **Matthew A Slaven**
  mslaven@briggs.com
- **John H Strothman**
  jstrothman@lindquist.com

**Christopher H Yetka**
cyetka@lindquist.com bhaberman@lindquist.com

I further certify that I mailed the foregoing document(s) and the Notice of Electronic Filing by First-Class Mail to the following non-CM/ECF participants:

John R Beardmore and Kathrine A. Beardmore
PO Box 365
Alexandria, MN 56308

Thomas O. Mulligan
902 River Street, P.O. Box 457
Spooner, WI 54801

Roger L. Kramer
GISLASON & HUNTER LLP
9900 Bren Road East, Suite 215E
P.O. Box 5297
Minnetonka, MN 55343-2297

Dated: July 31, 2006

**MASLON EDELMAN BORMAN & BRAND LLP**

By: s/Jonathan S. Parritz
Jonathan S. Parritz (#177581)
André J. LaMere (#321205)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Fax: (612) 672-8397

**ATTORNEYS FOR AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC**

469385v1