**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**John R. Beardmore,**
**Katherine A. Beardmore,**

Plaintiffs,

v.

**American Summit Financial Holdings, LLC,**
**Duckson Carlson Bassinger & Mitchell, LLC,**

Defendants.

**American Summit Financial Holdings, LLC,**

Third Party Plaintiff,

v.

**Superior Financial Holding Corporation,**
**Tantalon Group, Inc.,**
**Thomas P. Kell,**
**Todd R. Haugan,**
**Richard Leftcowitz,**

Third Party Defendants.

---

**Civil No. 01-948 (PJS-JJG)**

**ORDER**

This matter comes before the undersigned on various motions by the parties to amend their pleadings (Doc. Nos. 152, 155, 158). None of the parties filed memoranda opposing these motions in the time allowed under Local Rule 7.1(a). Being duly advised of all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. The motion hearing scheduled for August 2, 2006 is **STRICKEN.**

2. Any party seeking a hearing on these motions shall, on or before noon on August 1, 2006,

do the following.

a. File a letter requesting a hearing.

b. Send a copy of the letter directly to this Court, either by e-mail at graham_chambers@mnd.uscourts.gov or by fax at (651) 848-1897.

3. If no hearings are requested, then this Court shall take the motions under advisement on the basis of the papers filed.

Dated this 31st day of July, 2006.

s/Jeanne J. Graham

JEANNE J. GRAHAM
United States Magistrate Judge