**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**John R. Beardmore,**
**Katherine A. Beardmore,**

Plaintiffs,

v.

**American Summit Financial Holdings, LLC,**
**Duckson Carlson Bassinger & Mitchell, LLC,**

Defendants.

**American Summit Financial Holdings, LLC,**

Third Party Plaintiff,

v.

**Superior Financial Holding Corporation,**
**Tantalon Group, Inc.,**
**Thomas P. Kell,**
**Todd R. Haugan,**
**Richard Leftcowitz,**

Third Party Defendants.

---

**Civil No. 01-948 (PJS-JJG)**

**ORDER**

This matter comes before the undersigned on various motions by the parties to amend their pleadings (Doc. Nos. 152, 155, 158). None of these motions are opposed. The motions are timely filed in accordance with the pretrial scheduling order of May 9, 2006. Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Richard Leftcowitz's motion to file a third party answer and cross-claim (Doc. No. 152) is **GRANTED.**

2. Thomas Kell and Todd Haugan's motion to amend their third party answer and file counterclaims (Doc. No. 155) is **GRANTED.**

3. American Summit Financial Holdings' motion to amend its third party complaint (Doc. No. 158) is **GRANTED.**

Dated this 3rd day of August, 2006.

s/Jeanne J. Graham

JEANNE J. GRAHAM
United States Magistrate Judge