UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2006, I caused the following document:

*Second Amended Third-Party Complaint of American Summit*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Joseph W Anthony**
  janthony@aoblaw.com lwilhelm@aoblaw.com;lmcnamara@aoblaw.com

- **Kenneth D Butler**
  kbutler@kenbutlerlaw.com

- **Scott R Carlson**
  scarlson@hinshawlaw.com cconnelly@hinshawlaw.com

- **Shawn M Dunlevy**
  sdunlevy@fryberger.com
- **Roger H Gross**
  rgross@gislason.com
- **Todd R Haugan**
  trhaugan@aol.com
- **Roger L Kramer**
  rkramer@gislason.com
- **Andre J LaMere**
  andre.lamere@maslon.com kathy.burns@maslon.com
- **Thomas O Mulligan**
  mulliganlaw@charterinternet.com
- **Shawn C E Rauckman**
  srauckman@aoblaw.com dstower@aoblaw.com;lmcnamara@aoblaw.com
- **David L Sasseville**
  dsasseville@lindquist.com ghildahl@lindquist.com
- **Matthew A Slaven**
  mslaven@briggs.com
- **John H Strothman**
  jstrothman@lindquist.com
- **Christopher H Yetka**
  cyetka@lindquist.com bhaberman@lindquist.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

John R Beardmore
PO Box 365
Alexandria, MN 56308

Kathrine A Beardmore
PO Box 365
Alexandria, MN 56308

Dated: August 9, 2006

s/ **Roger L. Kramer**
Roger L. Kramer #202927

MPLIB:271437.1