UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

vs.

Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No. 0:01-cv-00948-PJS-JJG

**ANSWER OF RICHARD LEFCOWITZ TO SECOND AMENDED THIRD PARTY COMPLAINT OF AMERICAN SUMMIT**

---

Third-Party Defendant Richard Lefcowitz ("Defendant"), for his Answer to the Second Amended Third Party Complaint of American Summit, states and alleges as follows:

**PARTIES**

1. Admit paragraphs 1, 2 and 4 of the Second Amended Third Party Complaint ("Complaint") of American Summit ("Plaintiff").

2. Admits that Superior Financial Holding Corporation ("Superior") is a Minnesota corporation, but denis that its principal office and place of business is in Two Harbors, Minnsota.

3. Admits paragraph 5 of Plaintiff's Complaint, but states that this Defendant is without knowledge sufficient to form a belief whether Kell is a Minnesota resident or not.

4. Admits paragraph 6 of Plaintiff's Complaint that he is a Wisconsin resident, but denies, based on the December 8, 2003 opinion by the 8th Circuit Court of Appeals, that he was ever a shareholder of Superior.

**JURISDICTION AND VENUE**

5. Admits paragraphs 7 and 8 of Plaintiff's Complaint.

6. States that this Defendant does not have sufficient infomration sufficient to form an opinion as to the truth or falsity of the allegations contained in paragraphs 9 through 52 of Plaintiff's Complaint.

7. Admits paragraphs 52 and 53 of Plaintiff's Complaint.

8. Alleges that this Defendant does not have sufficient information to form an opinion as to the truth or falsity of the allegations contained in paragraphs 54, 55, 56 and 57 of Plaintiff's Complaint.

9. Denies the allegation contained in paragraph 58 as to this Defendant, and alleges that he is without sufficient information to form an opinion as to the truth or falsity of this allegation with respect to the other Defendants named therein.

10. This Defendant is without sufficient information to form an opinion as to the truth or falsity of the allegations contained in paragraphs 59 and 60 of Plaintiff's Complaint.

11. Denies paragraph 61 of Plaintiff's Complaint.

12. This Defendant is without sufficient information to form an opinion as to the truth or falsity of the allegations contained in paragraphs 62 and 63 of Plaintiff's Complaint.

13. Admits paragraph 64 of Plaintiff's Complaint.

14. This Defendant is without sufficient information to form an opinion as to the truth or falsity of the allegations contained in paragraphs 65, 66 and 67 of Plaintiff's Complaint.

**STATEMENT OF FACTS REGARDING EVENTS OCCURRING BEFORE THE THIRD PARTY COMPLAINT WAS FILED**

15. Admit paragraphs 68, 69 and 70 of Plaintiff's Complaint.

16. This Defendant is without sufficient knowledge to form an opinion as to the truth or falsity of the allegations contained in paragraphs 71, 72 and 73 of Plaintiff's Complaint.

**COUNT I**

17. This Defendant is without sufficient information to form an opinion as to the trust or falsity of the allegation contained in paragraph 75 of Plaintiff's Complaint.

18. Denies paragraphs 76, 77 and 78 of Plaintiff's Complaint as to this Defendant and states he is without sufficient information to form an opinion as to the trust or falsity of the allegations in these paragraphs with respect to the other Defendants named therein.

**COUNT II**

19. Submits that paragraph 79 requires no response from this Defendant.

20. Denies paragraphs 81, 82 and 83 of Plaintiff's Complaint.

**COUNT III**

21. Denies paragraphs 85, 86 and 87 of Plaintiff's Complaint as to this Defendant and states that it is without sufficient information to form an opinion as to the truth or falsity of the allegations described in those paragraphs with respect to the other Defendants named therein.

22. Denies paragraph 88 of Plaintiff's Complaint.

**COUNT IV**

23. This Defendant is without sufficient information to form an opinion as to the truth or falsity of the allegations contained in paragraphs 90 and 91 of Plaintiff's Complaint.

24. Denies paragraph 92 of Plaintiff's Complaint.

25. Denies paragraphs 93 and 94 of Plaintiff's Complaint as to this Defendant and states that it is without sufficient information to form an opinion as to the truth or falsity of he allegations described in those paragraphs with respect to the other Defendants named therein.

WHEREFORE, this Defendant prays that as against this Defendant Plaintiff's Complaint be dismissed and that this Defendant recover its costs and disbursements and such other relief as deemed just and equitable by the Court.

Dated: August _____, 2006.

KENNETH D. BUTLER, LTD.

By s/Kenneth D. Butler

Kenneth D. Butler, #13791
11 East Superior Street, #555
Duluth, Minnesota 55802
Telephone: (218) 625-2264

THOMAS O. MULLIGAN

By s/Thomas O. Mulligan

Thomas O. Mulligan, #1013152
902 River Street, P.O. Box 457
Spooner, Wisconsin 54801

ATTORNEYS FOR THIRD-PARTY
DEFENDANT RICHARD LEFCOWITZ