UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

vs.

Thomas P. Kell, Todd R. Haugan and Richard Lefcowitz,

Third-Party Defendants.

Court File No. 0:01-cv-00948-PFS-JJG

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 25, 2006, I caused the following document to be electronically filed:

Answer of Richard Lefcowitz to Second Amended
Third Party Complaint of American Summit

with the Clerk of Court by using the ECF system, and that ECF which will send an e-notice of the electronic filing to the following:

Joseph W. Anthony
janthony@aoblaw.com; lwilhelm@aoblaw.com; lmcnamara@aoblaw.com

Kenneth D. Butler
kbutler@kenbutlerlaw.com

Scott R. Carlson
scarlson@hinshawlaw.com; cconnelly@hinshawlaw.com

Shawn M. Dunlevy
sdunlevy@fryberger.com

Roger H. Gross
rgross@gislason.com

Todd R. Haugan
trhaugan@aol.com

Roger L. Kramer
rkramer@gislason.com

Andre J. LaMere
andre.lamere@maslon.com; kathy.burns@maslon.com

Thomas O. Mulligan
mulliganlaw@charterinternet.com

Shawn C. E. Rauckman
srauckman@aoblaw.com; dstower@aoblaw.com; lmcnamara@aoblaw.com

David L. Sasseville
dsasseville@lindquist.com; ghildahl@lindquist.com

Matthew A. Slaven
mslaven@briggs.com

John H. Strothman
jstrothman@lindquist.com

Christopher H. Yetka
cyetka@lindquist.om; bhaberman@lindquist.com

I further certify that Icaused to be mailed a copy of the foregoing document and the notice of electronic filing by first class mail, postage paid, to the following non-ECF participants:

John R. Beardmore
P.O. Box 365
Alexandria, MN 56308

Katherine A. Beardmore
P.O. Box 365
Alexandria, MN 56308

Dated: August 25, 2006.

s/Kenneth D. Butler
Kenneth D. Butler, #13791