UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Beardmore, Katherine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC.,

Defendants/Third Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs and Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third Party Defendants.

Court File No.: 01-CV-0948-PJS-JJG

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 29, 2006, I caused the following document(s):

1. **Joint Answer and Counterclaim of Thomas P. Kell and Todd R. Haugan to Second Amended Third Party Complaint of American Summit Financial Holdings, LLC**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- **Kenneth D Butler -** kbutler@kenbutlerlaw.com
- **Scott R Carlson -** scarlson@hinshawlaw.com cconnelly@hinshawlaw.com
- **Roger H Gross** – rgross@gislason.com

- **Shawn M Dunlevy -** sdunlevy@fryberger.com
- **Todd R Haugan -** trhaugan@aol.com
- **Roger L. Kramer** – rkramer@gislason.com
- **Andre J LaMere –** andre.lamere@maslon.com
- **Thomas O Mulligan** – mulliganlaw@charterinternet.com
- **David L Sasseville -** dsasseville@lindquist.com ghildahl@lindquist.com
- **Matthew A Slaven -** mslaven@briggs.com
- **John H Strothman -** jstrothman@lindquist.com
- **Christopher H Yetka -** cyetka@lindquist.com bhaberman@lindquist.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

**John R Beardmore**
PO Box 365
Alexandria, MN 56308

**Kathrine A Beardmore**
PO Box 365
Alexandria, MN 56308

**ANTHONY OSTLUND & BAER, P.A.**

Dated: August 29, 2006

By: s/ *Shawn C.E. Rauckman*
Joseph W. Anthony (#2872)
Shawn C.E. Rauckman (#341824)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR THIRD PARTY DEFENDANTS TODD R. HAUGAN AND THOMAS P. KELL**