UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN R. BEARDMORE, et al., Civil No. 01-948 (PJS/JJG)

Plaintiffs,

v. ORDER OF REFERENCE

AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC, et al.,

Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), all dispositive and non-dispositive motions are referred to Magistrate Judge Jeanne J. Graham.

Parties and counsel are directed to schedule motions by calling Magistrate Judge Jeanne J. Graham's Judicial Assistant, Mary Lenner, at 651-848-1890.

Dated: September 13, 2006

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge