UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/Third Party Plaintiffs,

v.

Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third Party Defendants.

Court File No.: 01-CV-948 (PFS/JJG)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in the above-captioned litigation on behalf of Third Party Defendants Thomas P. Kell and Todd R. Haugan.

Dated: September 13, 2006

**ANTHONY OSTLUND & BAER, P.A.**
By: *s/ Cheryl A. Stanton*
Joseph W. Anthony (#2872)
Cheryl A. Stanton (#027950X)
Shawn C.E. Rauckman (#341824)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969
**ATTORNEYS FOR THIRD PARTY DEFENDANTS TODD R. HAUGAN AND THOMAS P. KELL**