UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

# STIPULATION TO AMEND SCHEDULING ORDER

The parties herein, having waived their right to a formal hearing, do hereby stipulate and agree to the following:

I.

It is stipulated and agreed that the parties to the above captioned matter are in the process of scheduling mediation in an attempt to resolve this matter without further litigation.

II.

It is stipulated and agreed that in order to facilitate the mediation and resolution of this matter, the scheduling order will be amended to extend the deadline for expert disclosures from October 1, 2006, to thirty (30) days after the aforementioned mediation is held.

WHEREFORE, the parties respectfully request that the Court issue its Order pursuant to the foregoing Stipulation to Amend Scheduling Order.

Dated: 09/26/06

s/ Roger L. Kramer
Roger L. Kramer #202927
Roger H. Gross #158823
GISLASON & HUNTER LLP
Attorneys for American Summit Financial Holdings
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416
Phone: (763) 225-6000

Dated: 09/20/06

s/ Joseph W. Anthony
Joseph W. Anthony #2872
ANTHONY, OSTLUND & BAER, P.A.
Attorneys for Thomas P. Kell and Todd R. Haugan
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Phone: 612-349-6969

Dated: ____________________

______________________________
Kenneth D. Butler #13791
KENNETH D. BUTLER, LTD.
Attorneys for Richard Lefcowitz
11 East Superior Street, #555
Duluth, MN 55802
Phone: 218-625-2264