UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No. 01-CV-948 PJS/JJG

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

**ORDER**

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

The Scheduling Order for the above reference matter is hereby amended as follows:

IT IS HEREBY ORDERED:

1. The deadline for submission of expert disclosures is extended from October 1, 2006, until thirty (30) days after the next scheduled mediation for this matter.

Dated: September 28, 2006

s/ Jeanne J. Graham
JEANNE J. GRAHAM
United States Magistrate Judge