UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

**PARTIAL STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**

It is hereby stipulated and agreed, by and between the parties hereto, that all claims between Third-Party Plaintiff American Summit Financial Holdings, LLC ("American Summit") and Third-Party Defendants Superior Financial Holding Corporation ("Superior Financial"); Tantalon Group; Thomas P. Kell; Todd R. Haugan; and Richard Lefcowitz, are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party, and that judgment of dismissal of all claims against said Defendants, with prejudice and on the merits, may be entered in the above-entitled action.

It is further stipulated and agreed, by and between the parties hereto, that all claims between Third-Party Defendant Richard Lefcowitz and Third-Party Defendants Thomas P. Kell and Todd R. Haugan are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party, and that judgment of dismissal of all claims against said Defendants, with prejudice and on the merits, may be entered in the above-entitled action.

It is finally stipulated and agreed, by and between the parties hereto, that all claims against Plaintiffs John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom arising out of the above captioned matter are not dismissed and may be pursued in accordance with applicable law.

DATED: ~~November~~ December 18, 2006

[signature]

Roger L. Kramer #202927
Justin P. Short #0387024
GISLASON & HUNTER, LLP
Attorneys for American Summit
701 Xenia Avenue S., Suite 500
Minneapolis, Minnesota 55416
Phone: (763) 225-6000
Fax: (763) 225-6099

DATED: November ____, 2006

______________________________

Thomas O. Mulligan
MULLIGAN LAW OFFICE
Attorney for Richard Lefcowitz
902 River Street, P.O. Box 457
Spooner, WI 54801
Phone: (715) 635-8004

Kenneth D. Butler
KENNETH D. BUTLER, LTD.
Attorney for Richard Lefcowitz
11 East Superior Street, #555
Duluth, MN 55802
Phone: (218) 625-2264
Fax: (218) 625-2277

It is further stipulated and agreed, by and between the parties hereto, that all claims between Third-Party Defendant Richard Lefcowitz and Third-Party Defendants Thomas P. Kell and Todd R. Haugan are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party, and that judgment of dismissal of all claims against said Defendants, with prejudice and on the merits, may be entered in the above-entitled action.

It is finally stipulated and agreed, by and between the parties hereto, that all claims against Plaintiffs John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom arising out of the above captioned matter are not dismissed and may be pursued in accordance with applicable law.

DATED: November ____, 2006

Roger L. Kramer #202927
Justin P. Short #0387024
GISLASON & HUNTER, LLP
Attorneys for American Summit
701 Xenia Avenue S., Suite 500
Minneapolis, Minnesota 55416
Phone: (763) 225-6000
Fax: (763) 225-6099

DATED: ~~November~~ Dec. 20, 2006

Thomas O. Mulligan
MULLIGAN LAW OFFICE
Attorney for Richard Lefcowitz
902 River Street, P.O. Box 457
Spooner, WI 54801
Phone: (715) 635-8004

Kenneth D. Butler
KENNETH D. BUTLER, LTD.
Attorney for Richard Lefcowitz
11 East Superior Street, #555
Duluth, MN 55802
Phone: (218) 625-2264
Fax: (218) 625-2277



Justin Short - Lefcowitz signature page 001.jpg Page 1

DATED: November ____, 2006

Robert P. Thavis #122488
LEONARD, STREET AND DEINARD
Attorneys for Tantalon Group, Thomas P. Kell
and Todd R. Haugan
150 S. Fifth Street, #2300
Minneapolis, MN 55402
Phone: (612) 335-1500

Joseph W. Anthony
ANTHONY, OSTLUND & BAER, P.A.
Attorneys for Thomas P. Kell
and Todd R. Haugan
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Phone: (612) 349-6969
Fax: (612) 349-6996

DATED: November ____, 2006

David L. Sasseville
LINDQUIST & VENNUM, PLLP
Attorneys for Superior Financial
80 S. Eighth Street, #4200
Minneapolis, MN 55402-2205
Phone: (612) 371-3211
Fax: (612) 371-3207

DATED: November ____, 2006

Robert P. Thavis #122488
LEONARD, STREET AND DEINARD
Attorneys for Tantalon Group, Thomas P. Kell
and Todd R. Haugan
150 S. Fifth Street, #2300
Minneapolis, MN 55402
Phone: (612) 335-1500

Joseph W. Anthony
ANTHONY, OSTLUND & BAER, P.A.
Attorneys for Thomas P. Kell
and Todd R. Haugan
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Phone: (612) 349-6969
Fax: (612) 349-6996

DATED: November 18, 2006

David L. Sasseville
LINDQUIST & VENNUM, PLLP
Attorneys for Superior Financial
80 S. Eighth Street, #4200
Minneapolis, MN 55402-2205
Phone: (612) 371-3211
Fax: (612) 371-3207

## ORDER

Based upon the partial stipulations of the parties,

IT IS HEREBY ORDERED:

1. That all claims between Third-Party Plaintiff American Summit and Third-Party Defendants Superior Financial; Tantalon Group; Thomas P. Kell; Todd R. Haugan; and Richard Lefcowitz, are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party, and judgment dismissing the claims against said Defendants shall be entered immediately.

2. That all claims between Third-Party Defendant Richard Lefcowitz and Third-Party Defendants Thomas P. Kell and Todd R. Haugan are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party, and judgment dismissing the claims against said Defendants shall be entered immediately.

3. That any and all claims against Plaintiffs John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom arising out of the above captioned matter are preserved and may be pursued in accordance with applicable law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:______________________ BY THE COURT:

______________________________
United States Magistrate Judge

MPLIB:279825.1