UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 01-CV-948 PJS/JJG

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

ORDER FOR PARTIAL DISMISSAL

Based upon the Partial Stipulation to Dismiss with Prejudice [Civil Docket No. 185] filed by the parties,

IT IS ORDERED:

1. That all claims between Third-Party Plaintiff American Summit Financial Holdings, LLC, and Third-Party Defendants Superior Financial Holding Corporation, Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz, are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party.

2. That all claims between Third-Party Defendant Richard Lefcowitz and Third-Party Defendants Thomas P. Kell and Todd R. Haugan are hereby dismissed with prejudice and on the merits, without costs or disbursements to any party.

3. That any and all claims against Plaintiffs John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom arising out of the above captioned matter are preserved and may be pursued in accordance with applicable law.

Dated: January 10, 2007

s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge