UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

## MOTION

TO: PLAINTIFFS JOHN R. BEARDMORE AND KATHRINE A. BEARDMORE, 2308 SOUTH BROADWAY, SUITE B, ALEXANDRIA, MN 56308:

Defendant and Third Party Plaintiff American Summit Financial Holdings, LLC, hereby moves the Court for an Order granting summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the ground that there is no genuine issue as to any material fact and that they are entitled to judgment as a matter of law.

This Motion is based upon the attached Memorandum of Law, all of the files, records and proceedings herein, and the arguments of counsel at the hearing.

Dated this 21st day of May, 2007.

s/ Justin P. Short

Roger L. Kramer #202927
Justin P. Short #0387024
GISLASON & HUNTER LLP
Attorneys for American Summit
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416
Phone: (763) 225-6000
Fax: (763) 225-6099

MPLIB:294991.1