UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for Defendant and Third Party Plaintiff American Summit Financial Holdings, LLC certifies that this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(c) and the type size limitation of D. Minn. LR 7.1(e). This memorandum contains 1,998 words of type, font size 13. This memorandum was prepared using Microsoft Word 2003, which includes all text, including headings, footnotes and quotations in the word count.

Dated this 21st day of May, 2007.

s/ Justin P. Short

Roger L. Kramer #202927
Justin P. Short #0387024
GISLASON & HUNTER LLP
Attorneys for American Summit
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416
Phone: (763)225-6000
Fax: (763)225-6099

MPLIB:294990.1