UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, I caused the following documents:

- MOTION
- NOTICE OF MOTION
- DEFENDANT AND THIRD PARTY PLAINTIFF AMERICAN SUMMIT FINANCIAL HOLDING CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
- CERTIFICATE OF COMPLIANCE

to be filed electronically with the Clerk of Court through ECF,

and was sent via U.S. Mail on May 21, 2007, to the following:

John and Katherine Beardmore
2308 South Broadway, Suite B
Alexandria, MN 56308

Dated: May 22, 2007

s/ Brenda M. DelRosario
Brenda M. DelRosario

MPLIB:295192.1