UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN R. BEARDMORE, et al.,

Plaintiffs,

v.

AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC, et al.,

Defendants.

Civil No. 01-948 (PJS/JJG)

ORDER VACATING ORDER OF REFERENCE AND AMENDING THE PRETRIAL SCHEDULING ORDER

American Summit Financial Holdings, LLC is requesting to bring a dispositive motion before the Court. The earliest possible date that the Court is available to hear a dispositive motion is July 6, 2007.

IT IS ORDERED that the Order of Reference [Docket No. 181] filed on September 13, 2006 is hereby vacated.

IT IS FURTHER ORDERED that the Pretrial Scheduling Order [Docket No. 149] is amended to allow a dispositive motion to be heard on or before July 6, 2007. All dispositive motions shall be filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1.

Dated: May 22, 2007

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge