UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

***AMENDED***
**NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT**

TO: PLAINTIFFS JOHN R. BEARDMORE AND KATHRINE A. BEARDMORE, 2308 SOUTH BROADWAY, SUITE B, ALEXANDRIA, MN 56308:

PLEASE TAKE NOTICE that the undersigned will bring the following motion for summary judgment before the Honorable Patrick J. Schiltz of the United States District Court at 9:00 a.m., on July 6, 2007 in Courtroom 4, 180 East Fifth Street, St. Paul, Minnesota 55101.

Dated this 25th day of May, 2007.

s/Justin P. Short

Roger L. Kramer #202927
Justin P. Short #0387024
GISLASON & HUNTER LLP
Attorneys for American Summit
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416
Phone: (763) 225-6000
Fax: (763) 225-6099

MPLIB:295509.1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 DWF/SRN

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I caused the following documents:

**_AMENDED_ NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT**

to be filed electronically with the Clerk of Court through ECF,

and was sent via U.S. Mail on May 25, 2007, to the following:

John R. Beardmore
Kathrine A. Beardmore
2308 South Broadway, Suite B
Alexandria, MN 56308

John R. Beardmore
Kathrine A. Beardmore
P.O. Box 365
Alexandria, MN 56308

Dated: May 25, 2007

s/ Virginia Smith
Virginia Smith

MPLIB:295511.1