UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 PJS/JJG

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

## AFFIDAVIT OF JUSTIN P. SHORT

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Justin P. Short, being first duly shown on oath, deposes and states as follows:

1. That I am an attorney with the law firm of Gislason & Hunter LLP and one of the attorneys representing Defendant and Third-Party Plaintiff American Summit Financial Holdings, LLC in the above-captioned matter;

2. That a last known address we have in our file for John R. Beardmore and Katherine A. Beardmore is 2308 South Broadway, Suite B, Alexandria, MN 56308.

3. That on May 21, 2007 John R. Beardmore and Katherine A. Beardmore were served at 2308 South Broadway, Suite B, Alexandria, MN 56308 with a copy of Notice of Motion; Motion; Defendant and Third-Party Plaintiff American Summit Financial Holdings, LLC's Memorandum of Law in Support of Motion for Summary Judgment; Certificate of Compliance; Certificate of Service; and proposed Order.

4. That on May 25, 2007 when filing *Amended* Notice of Hearing on Motion for Summary Judgment / Certificate of Service it was noted that the Court had on file an address of P.O. Box 365, Alexandria, MN 56308 for John R. Beardmore and Kathrine A. Beardmore.

5. That on May 25, 2007 our office served John R. Beardmore and Kathrine A. Beardmore at 2308 South Broadway, Suite B, Alexandria, MN 56308 and at P.O. Box 365, Alexandria, MN 56308.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Justin P. Short

Justin P. Short #0387024

Subscribed to and sworn before me
this 27 day of June, 2007.

Kimberly C McKenzie

Notary Public

KIMBERLY C. MCKENZIE
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

MPLIB:298017.1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Court File No.: 01-CV-948 PJS/JJG

John R. Beardmore, Kathrine A. Beardmore and Terry Hedstrom,

Plaintiffs,

v.

American Summit Financial Holdings, LLC, and Duckson, Carlson, Bassinger & Mitchell, LLC,

Defendants/
Third-Party Plaintiffs,

v.

Superior Financial Holding Corporation, Briggs & Morgan, P.A., Tantalon Group, Inc., Thomas P. Kell, Todd R. Haugan, and Richard Lefcowitz,

Third-Party Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, I caused the following document:

**AFFIDAVIT OF JUSTIN P. SHORT**

to be filed electronically with the Clerk of Court through ECF,

and it was sent via U.S. Mail on June 27, 2007, to the following:

John R. Beardmore
Kathrine A. Beardmore
2308 South Broadway, Suite B
Alexandria, MN 56308

John R. Beardmore
Kathrine A. Beardmore
P.O. Box 365
Alexandria, MN 56308

Dated: June 27, 2007

s/ Virginia Smith
Virginia Smith

MPLIB:298018.1