UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN R. BEARDMORE, KATHRINE A. BEARDMORE, and TERRY HEDSTROM,

Plaintiffs,

v.

AMERICAN SUMMIT FINANCIAL HOLDINGS, LLC and DUCKSON, CARLSON, BASSINGER & MITCHELL, LLC,

Defendants/
Third-Party Plaintiffs,

v.

SUPERIOR FINANCIAL HOLDING CORPORATION, BRIGGS & MORGAN, P.A., TANTALON GROUP, INC., THOMAS P. KELL, TODD R. HAUGAN, and RICHARD LEFTCOWITZ,

Third-Party
Defendants.

Case No. 01-CV-0948 (PJS/JJG)

ORDER OF DISMISSAL

---

Roger L. Kramer and Justin P. Short, GISLASON & HUNTER LLP, for defendant American Summit Financial Holdings, LLC.

This matter is before the Court on the motion of defendant American Summit Financial Holdings, LLC ("American Summit") for summary judgment on its counterclaim against Plaintiffs John R. Beardmore and Kathrine A. Beardmore ("the Beardmores") for allegedly converting 1.5 million shares of stock in Superior Financial Holding Corporation. American Summit represents that this is the sole claim remaining in this six-year-old lawsuit, and the Court has no reason to question American Summit's representation.

Based on all of the files, records, and proceedings herein, and for the reasons stated on the record at the July 6, 2007 hearing, IT IS HEREBY ORDERED THAT:

1. American Summit's motion for summary judgment on its conversion claim against the Beardmores [Docket No. 187] is DENIED.

2. The Court, on its own motion, GRANTS summary judgment to the Beardmores on American Summit's conversion claim, and that claim is DISMISSED WITH PREJUDICE AND ON THE MERITS. The Court finds that the record is fully developed, that the Beardmores are clearly entitled to judgment on this claim by virtue of the Eighth Circuit's decision in *Beardmore v. American Summit Financial Holdings, LLC*, 351 F.3d 352 (8th Cir. 2003), and that, under the circumstances, entry of judgment in favor of the Beardmores is not procedurally unfair.

3. It appearing to the Court that American Summit's conversion claim was the last claim remaining in this action, this action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 6, 2007

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge