# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| John R. Beardmore, et al.,<br><br>Plaintiff,<br><br>v.<br><br>American Summit Financial, et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES**<br>BEFORE: Patrick J. Schiltz<br>U.S. District Judge<br><br>Case No: 01-CV-948 (PJS/JJG)<br>Date: July 6, 2007<br>Court Reporter: Debra Beauvais<br>Time Commenced: 9:00 a.m.<br>Time Concluded: 9:30 a.m.<br>Time in Court: Hours & 30 Minutes |

Hearing on: **Defendant's Motion for Summary Judgment [187]**

APPEARANCES:

Plaintiff: No Appearance
Defendant: Justin Short

PROCEEDINGS:

☐ Plaintiff's Witnesses:
☐ Plaintiff' Exhibits:
☐ Defendant's Witnesses:
☐ Defendant's Exhibits:

****IT IS ORDERED: Defendant's motion is denied. The Court, on its own motion, grants summary judgment in favor of the plaintiffs. Case dismissed. Written ordered issued.

☐ **Submitted** ☐ **Sustained** ☐ **Overruled**
☐ Brief time set:
☐ Written order forthcoming.

s/S. Fast
Calendar Clerk