✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

John R. Beardmore, Katherine A. Beardmore
and Terry Hedstrom

V.

American Summit Financial Holdings, LLC and
Duckson, Carlson, Bassinger & Mitchell LLC

## JUDGMENT IN A CIVIL CASE

Case Number: 01-948 (PJS/JJG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. American Summit's motion for summary judgment on its conversion claim against the Beardmores [Docket No. 187] is DENIED.
2. The Court, on its own motion, GRANTS summary judgment to the Beardmores on American Summit's conversion claim, and that claim is DISMISSED WITH PREJUDICE AND ON THE MERITS. The Court finds that the record is fully developed, that the Beardmores are clearly entitled to judgment on this claim by virtue of the Eighth Circuit's decision in *Beardmore v. American Summit Financial Holdings, LLC*, 351 F.3d 352 (8th Cir. 2003), and that, under the circumstances, entry of judgment in favor of the Beardmores is not procedurally unfair.
3. It appearing to the Court that American Summit's conversion claim was the last claim remaining in this action, this action is DISMISSED.

July 6, 2007
Date

RICHARD D. SLETTEN, CLERK

s/DHalfman
(By) , Deputy Clerk